# EXHIBIT 1

This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

Case 1:22-cv-01586-RLY-KMB   Document 1-1   Filed 08/10/22   Page 2 of 85 PageID #: 5

## Best Inn Midwest, LLC v. Underwriters at Lloyd's, London

| Case Number | 49D07-2207-PL-022429 |
|---|---|
| Court | Marion Superior Court 7 |
| Type | PL - Civil Plenary |
| Filed | 07/05/2022 |
| Status | 07/05/2022 , Pending  (active) |

## Parties to the Case

Defendant   Underwriters at Lloyd's, London

Address
750 7th Avenue
c/o Mendes & Mount
New York, NY 10019-6829

Attorney
Kandi Kilkelly Hidde
#1803349, Lead, Retained

201 N Illinois ST
STE 1900
Indianapolis, IN 46204
317-237-3843(W)

Attorney
Dean Robert Brackenridge
#1854349, Retained

FROST BROWN TODD, LLC
201 North Illinois Street - Suite 1900
Indianapolis, IN 46204
317-237-3800(W)

Attorney
Katherine Mary Frances Slisz
#3631749, Retained

201 N Illinois St, Ste 1900
PO Box 44961
Indianapolis, IN 46244
317-237-3800(W)

Plaintiff      Best Inn Midwest, LLC

Address
Post Office Box 2535
Issaquah, WA 98027

Attorney
Brett E Nelson
*#2209653, Lead, Retained*

1346 N Delaware ST
Indianapolis, IN 46202
317-637-0700(W)

Attorney
Yuning Tian
*#3698453, Retained*

442 Stoney Path Ct
South Lebanon, OH 45065

## Chronological Case Summary

| 07/05/2022 | **Case Opened as a New Filing** |
|---|---|

**07/06/2022**    **Appearance Filed**

Appearance of Brett E. Nelson and Yuning Tian on Behalf of Petitioner

For Party:                Best Inn Midwest, LLC
File Stamp:           07/05/2022

**07/06/2022**    **Subpoena/Summons Filed**

Summons to Underwriters at Lloyd's London c/o Mendes & Mount

Filed By:                Best Inn Midwest, LLC
File Stamp:           07/05/2022

**07/06/2022**    **Complaint/Equivalent Pleading Filed**

Complaint for Breach of Insurance Policy, Declaratory Judgement and Bad Faith

Filed By:                Best Inn Midwest, LLC
File Stamp:           07/05/2022

**07/06/2022**    **Certificate of Issuance of Summons**

Plaintiff's Certificate of Issuance of Summons

Filed By:                Best Inn Midwest, LLC
File Stamp:           07/06/2022

**07/19/2022**    **Certificate of Issuance of Summons**

Certificate of Issuance of Summons

Filed By:                Best Inn Midwest, LLC
File Stamp:           07/18/2022

**08/02/2022**    **Appearance Filed**

Appearance

For Party:                Underwriters at Lloyd's, London
File Stamp:           08/02/2022

| 08/02/2022 | **Notice Filed** |
|---|---|

Notice of Automatic Enlargement of Time

Filed By:              Underwriters at Lloyd's, London
File Stamp:          08/02/2022

| 08/02/2022 | **Affidavit Filed** |
|---|---|

Affidavit of Service

Filed By:              Best Inn Midwest, LLC
File Date:            08/02/2022

## Financial Information

* Financial Balances reflected are current representations of transactions processed by the Clerk's Office. Please note that any balance due does not reflect interest that has accrued – if applicable – since the last payment. For questions/concerns regarding balances shown, please contact the Clerk's Office.

### Best Inn Midwest, LLC

Plaintiff

Balance Due (as of 08/10/2022)

**0.00**

### Charge Summary

| Description | Amount | Credit | Payment |
|---|---|---|---|
| Court Costs and Filing Fees | 157.00 | 0.00 | 157.00 |

### Transaction Summary

| Date | Description | Amount |
|---|---|---|
| 07/06/2022 | Transaction Assessment | 157.00 |
| 07/06/2022 | Electronic Payment | (157.00) |

| This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record. |
|---|

Case 1:22-cv-01586-RLY-KMB 49D07-2207-PL-022429 02/10/22 Page 5 of 85 PageID #: 6 Filed: 7/5/2022 6:02 PM Clerk
Marion County, Indiana

Marion Superior Court 7

STATE OF INDIANA
IN THE MARION SUPERIOR COURT

STATE OF INDIANA    )    IN THE MARION COUNTY _____ COURT
    ) SS:
COUNTY OF MARION    )    CAUSE NO. _____ _____

BEST INN MIDWEST, LLC,    )
    )
    Plaintiff,    )
    )
    v.    )
    )
UNDERWRITERS AT LLOYD'S, LONDON,    )
    )
    Defendant.    )

## APPEARANCE BY ATTORNEYS IN CIVIL CASE

Party Classification:   Initiating:  _X_   Responding: ___      Intervening: _____

1.    The undersigned attorney and all attorneys listed on this form now appear in this case for the following party members(s):

### BEST INN MIDWEST, LLC

2.    Applicable attorney information for service as required by Trial Rule 5(B)(2) and for case information as required by Trial Rules 3.1 and 77(B) is as follows:

Name:    Brett E. Nelson       Atty. No.: 22096-53
            Yuning Tian         Atty. No.: 36984-53

Address:  PLEWS SHADLEY RACHER & BRAUN LLP
          1346 North Delaware Street
          Indianapolis, IN 46202
          Phone: (317) 637-0700
          FAX:  (317) 968-0976
          Email addresses:  bnelson@psrb.com, ytian@psrb.com

3.    There are other party members:  Yes ___ No _X_  (If yes, list on continuation page)

4.    If first initiating party filing this case, the Clerk is required to assign this case the following Case Type under Administrative Rule 8(b)(3):___N/A_____

5.      I will accept service by FAX at the above noted number:  Yes __    No  X

6.      This case involves support issues.  Yes ___ No  X  (If yes, supply social security numbers for all family members on continuation page.)

7.      Are there related cases:  Yes ___ No  X   (If yes, list on continuation page.)

8.      This form has been served on all other parties:  Yes  X   No ____

9.      Additional information required by local rule:  _____N/A_____

Respectfully submitted,

PLEWS SHADLEY RACHER & BRAUN LLP

By: ___/s/ Brett E. Nelson_____
        Attorneys for Plaintiff, Best Inn Midwest, LLC

Brett E. Nelson, Atty. No.: 22096-53
Yuning Tian, Atty. No.: 36984-53
PLEWS SHADLEY RACHER & BRAUN LLP
1346 North Delaware Street
Indianapolis, Indiana 46202-2415
Tel: (317) 637-0700

Case 1:22-cv-01586-RLY-KMB Document 1-1 Filed 08/10/22 Page 7 of 85 PageID #: 16

49D07-2207-PL-022429
Marion Superior Court 7

Filed: 7/6/2022 6:02 PM
Clerk
Marion County, Indiana

# SUMMONS

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE MARION COUNTY _____ COURT |
| | ) SS: | |
| COUNTY OF MARION | ) | CAUSE NO. _____ |

| | |
|---|---|
| BEST INN MIDWEST, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| UNDERWRITERS AT LLOYD'S, LONDON, | ) |
| | ) |
| Defendant. | ) |

*TO DEFENDANT:*     *Underwriters at Lloyd's London*
                    *c/o Mendes & Mount*
                    *750 7th Avenue*
                    *New York, NY 10019-6829*

You are hereby notified that you have been sued by the person named as plaintiff in the Court indicated above.

The nature of the suit against you is stated in the complaint which is attached to this Summons. It also states the relief sought or the demand made against you by the plaintiff.

An answer or other appropriate response in writing to the complaint must be filed by either you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by plaintiff.

If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your answer.

If you need the name of an attorney, you may contact the Indianapolis Bar Association Lawyer Referral Service (269-2222), or the Marion County Bar Association Lawyer Referral Service (634-3950).

Dated: _____7/6/2022_____     _____Myla A. Eldridge_____(Seal)
                                              Clerk, Marion Superior Court

**(The following manner of service of summons is hereby designated.)**

__X__ Registered or certified mail.

_____ Service at place of employment, to wit: _____

_____ Service on individual B (Personal or copy) at the above address.

_____ Service on agent. (Specify) _____

_____ Other service. (Specify) _____

| | |
|---|---|
| Brett E. Nelson, Attorney No. 22096-53<br>Yuning Tian, Attorney No.: 36984-53<br>***Attorneys for Plaintiff*** | Plews Shadley Racher & Braun LLP<br>1346 North Delaware Street<br>Indianapolis, IN 46202-2415 |

**CERTIFICATE OF CLERK OF SUMMONS NOT ACCEPTED BY MAIL**

I hereby certify that on_____day of _____, 2022, I mailed a copy of this summons and a copy of the complaint to the defendant (s) _____ by (registered or certified) mail, and the same was returned without acceptance this _____ day of _____ _____, and I did deliver said summons and a copy of complaint to the Sheriff of Marion County, Indiana.

Date:_____       _____
                                              Clerk, Marion County Superior/Circuit Court


**RETURN OF SERVICE OF SUMMONS**


I hereby certify that I have served the within summons:

1.      By delivering on the_____ day of _____, 20____ a copy of this summons and a copy of the complaint to each of the within-named defendant (s) _____
_____
2.      By leaving on the_____ day of_____, 20____ for each of the within named defendant(s) _____
_____a copy of the summons and a copy of the complaint at the respective dwelling house or usual place of abode, and by mailing a copy of the summons without the complaint to _____
_____
at _____the last known address of defendant (s).
3.      _____

All done in Marion County, Indiana

Fees:  $_____       _____
                                   Sheriff of Marion County, Indiana
Mileage:_____        By: _____Deputy

Total:  $_____

**RETURN BY INSTITUTION**

The undersigned Superintendent of _____ now certifies that _____has received a copy of this summons and has been allowed an opportunity to retain counsel.

Superintendent

Dated: _____       By:_____

**SERVICE ACKNOWLEDGED**

A copy of the within summons and a copy of the complaint attached thereto were received by me at _____ _____this _____ day of _____ _____, 20____.


                                              _____
                                              Signature of Defendant

Case 1:22-cv-01586-RLY-KMB   Document 1-1   Filed 08/10/22   Page 9 of 85 PageID #: 12
Filed: 7/5/2022 6:02 PM
Clerk
Marion County, Indiana

49D07-2207-PL-022429
Marion Superior Court 7

STATE OF INDIANA      )      IN THE MARION COUNTY _____ COURT

) SS:

COUNTY OF MARION      )      CAUSE NO. _____

BEST INN MIDWEST, LLC,             )
                                 )
         Plaintiff,            )
                                 )
     v.                         )
                                 )
UNDERWRITERS AT LLOYDS, LONDON,    )
                                 )
         Defendant.        )

## COMPLAINT FOR BREACH OF INSURANCE POLICY, DECLARATORY JUDGMENT, AND BAD FAITH

Plaintiff Best in Midwest, LLC ("BIM"), for its complaint against Defendant Underwriters at Lloyd's, London ("Lloyd's"), states as follows:

### INTRODUCTION

1.      This Complaint arises from defendants' breach of a first-party property insurance policy and defendants' breach of their duties of good faith and fair dealing toward BIM in adjusting losses at a motel located at 4505 S. Harding Street, in Marion County, Indianapolis, Indiana 46217. A true and accurate copy of the insurance policy is attached as **Exhibit A**.

2.      BIM respectfully seeks: (1) declaratory relief, pursuant to Indiana Code § 34-14-1-1 and Rule 57 of the Indiana Rules of Trial Procedure, to establish the parties' rights and obligations under the insurance policy; (2) actual and consequential damages arising from defendants' breach of the policy; (3) extra-contractual damages caused by the defendants' breach of their duties of good faith and fair dealing; (4) pre-judgment interest on all such damages; and (5) any and all other relief to which BIM may be entitled.

## THE PARTIES

3.      BIM is a single-member Indiana LLC with a mailing address of P.O. Box 2535 Issaquah, WA 98027.

4.      On information and belief, Underwriters at Lloyd's, London ("Lloyd's") "isn't an insurance company, but an insurance marketplace with syndicates. While based in the UK, Lloyds of London has USA offices as well as offices in other countries around the world. Underwriters at Lloyds Insurance Company refers either to general syndicate members or to a branch."[1]

5.      While not a party to this litigation, Ronald Wish was the lender for BIM and force-placed the insurance policy at issue for BIM. Dr. Wish's mortgage was satisfied.  See attached **Exhibit B** (Release of Mortgage).

6.      While not a party to this litigation, NGIS Adjusting, LLC ("NGIS") performs claims administration functions for Lloyd's, including on this claim.  On information and belief. NGLS is a Delaware LLC located at 5630 University Parkway, Winston-Salem, NC 27105.

## Jurisdiction and Venue

7.      This Court has jurisdiction over Lloyd's pursuant to Rule 4.4(A)(1) of the Indiana Rules of Trial Procedure because, on information and belief, Lloyd's is doing business in Indiana on a regular basis and Rule 4.4(A)(6) because Lloyd's has contracted to insure BIM's property located in Indiana.  In addition, the Policy includes a "Service of Suit" clause that provides, in relevant part:

> It is agreed that in the event of the failure of the Underwriters hereon to pay any amount claimed to be due hereunder, the Underwriters hereon, at the request of

---

[1] https://www.insuranceproviders.com/companies/underwriters-lloyds-insurance-company/

the Insured (or Reinsured), will submit to the jurisdiction of a Court of competent jurisdiction within the United States.

(Policy at page 39 of 51.)

8.       Venue is proper in Marion County pursuant to Rule 75 of the Indiana Rules of Trial Procedure.  Preferred venue lies in Marion County pursuant to Rule 75(A)(2) because that is where the insured property is located.

## **THE POLICY**

9.       Lloyd's issued Blanket Mortgage Security Policy No. 406700 to Ronald Wish effective December 19, 2019–December 19, 2020. The Policy provides coverage in the amount of $525,000.  Dr. Wish was paid $92,938.68 due to a fire damage claim in January 2020 to cover his mortgage.  The remaining limits of insurance are thus, $432,061.32.

10.      The Policy further provides that after the mortgage holder's (lender's) claim is satisfied, any remaining benefits go to the mortgagor (borrower). Policy language emphasizes this requirement in at least three different places in the Policy:

- The "**Loss Payable**" clause in the **General Provisions** of the Blanket Mortgage Security Certificate Insuring Agreement (page 12 of 51 of the Policy, ¶ G):

  > Loss, if any, shall be made payable to you as your interest appears. You hereby direct that any benefits payable in excess of your interest shall be paid to the mortgagor.

- The "**Loss Payment**" provisions of the Blanket Mortgage Security Certificate Insuring Agreement's "Conditions" (page 17 of 51 of the Policy, ¶ 11):

  > [Lloyd's] will adjust any loss with you and the mortgagor. We will pay you to the extent of your interest in the property. You hereby direct that any benefits due which are in excess of your interest in the property be paid to the mortgagor . . . .

- The "**Loss Payment**" clause of the "Conditions" provisions of the General Property Amended Form (page 23 of 51 of the Policy, ¶ 10

3

> [Lloyd's] will adjust any loss with you and the mortgagor. We will pay
> you to the extent of your interest in the property. You hereby direct that
> any benefits due which are in excess of your interest in the property be
> paid to the mortgagor . . . .

## THE CLAIM

11.     On or about January 2020, there was a fire on the second floor of the motel.

Three rooms were impacted and the power was cut off.

12.     Lloyd's, via NGIS, considered the claim through May 2020.  The lender's claim

was paid in June 2020.

13.     The Lender applied all proceeds to the lender's loan balance.

14.     A second claim was discovered in June 2020.  On July 8, 2020, Dustin Carrico

cleared the motel with armed security.

15.     On July 23, 2020, the lender sent the claim to NGIS.

16.     On or about August 6, 2020, NGIS received the claim and began investigating the

claim.

17.     NGIS knew that the above claims occurred during the Lloyd's policy period, but

did not adjust the damages in the policy period.

## FIRST CAUSE OF ACTION
### (Declaratory Relief)

18.     BIM incorporates by reference the averments of paragraphs 1 through 16 above.

19.     An actual controversy exists as to the nature and scope of BIM's rights and the

Lloyd's obligations under the Policy with respect to the loss.

20.     All required premiums on the Policy have been paid in full.  All other pertinent

conditions to coverage have been satisfied, excused, or waived.

21.     BIM has been damaged by defendants' breach of the Policy and failure to timely

adjust the claims.  Because of such delay, The City of Indianapolis realized the building was

severely damaged and created a nuisance.  The City of Indianapolis placed a demolition order on

the building.  See attached **Exhibit C** (demolition order). This significantly limited BIM's ability

to sell the property.

22.     Declaratory relief will aid the resolution of the dispute between BIM and Lloyd's

as to their respective rights and obligations under the Policy.

23.     Pursuant to Ind. Code § 34-14-1-1 and Rule 57 of the Indiana Rules of Trial

Procedure, TBD is entitled to declaratory relief establishing defendants' obligation to pay for the

loss at the Property.

<u>**SECOND CAUSE OF ACTION**</u>
(Breach)

24.     BIM incorporates by reference the averments of paragraphs 1 through 22 above.

25.     The Notice of insurance[2] provides, in relevant part:

> This insurance provides dwelling protection against loss to the property from
> perils including but not limited to fire, lightning, explosion, vandalism and riot
> . . . .

26.     The General Property Amended Form insures against all direct loss caused

provides:

> The insurance under this Certificate covers "Building (s)" in accordance
> with the following description. This insurance does not cover land:
>
> Coverage A -Building(s): Building(s) or structure(s) shall include attached
> additions and extensions; fixtures, machinery and equipment constituting a
> permanent part of and pertaining to the service of the building; yard
> fixtures; personal property of the mortgagor used for the maintenance or
> service of the described building (s), including fire extinguishing
> apparatus, outdoor furniture, floor coverings and appliances for
> refrigerating, ventilating, cooking, dishwashing and laundering (but not
> including other personal property in apartments or rooms furnished by the
> mortgagor as landlord); all while at the described location(s).

(Policy at page 19 of 51.)

---

[2] Page 1 of 51

27.     The General Property Amended Form, **SECTION IV- PERILS INSURED AGAINST** provides "This Certificate insures against all direct loss caused by . . . **8. Vandalism or Malicious Mischief, meaning only the** willful and malicious damage to or destruction of the property covered.

28.     As a result of Lloyd's breach, BIM has incurred, and will incur, substantial costs, expenses related to the loss.

29.     BIM is entitled to damages equal to the costs that have been, and will be, incurred as a result of the loss, consequential damages arising from defendants' breach and pre-judgment interest on all such costs or expenses.

### THIRD CAUSE OF ACTION
(Bad Faith)

30.     BIM incorporates by reference the averments of paragraphs 1 through 28 above.

31.     The obligation of good faith and fair dealing with respect to the discharge of the insurer's contractual obligation includes the obligation to refrain from (l) making an unfounded refusal to pay policy proceeds; (2) causing an unfounded delay in making payment; (3) deceiving the insured; and (4) exercising any unfair advantage to pressure an insured into a settlement of his claim. *Erie Ins. Co. v. Hickman*, 622 N.E. 2d 515, 519 (Ind. 1993).

32.     This violates multiple sections of Indiana's Unfair claims settling practices, pursuant to IC 27-4-1-4.5. With respect to this dispute, the following unfair claims settlement practices are relevant:

33.     (3) Failing to adopt and implement reasonable standards for the prompt investigation of claims arising under insurance policies.

34.     (4) Refusing to pay claims without conducting a reasonable investigation based upon all available information.

6

35.     (6) Not attempting in good faith to effectuate prompt, fair, and equitable settlements of claims in which liability has become reasonably clear.

36.     (7) Compelling insureds to institute litigation to recover amounts due under an insurance policy by offering substantially less than the amounts ultimately recovered in actions brought by such insureds.

37.     While this statute does not provide for a private right of action, the standards it sets out are important evidence as to bad faith. "Although these allegations track the language of Ind. Code § 27-4-1-4.5, if proven they could establish First American breached its duty to deal with House in good faith." *House v. First Am. Title Co.*, 883N.E. 2d 197, 204 (Ind. Ct. App. 2008).

> One unfair claim settlement practice is to misrepresent pertinent facts or insurance policy provisions relating to coverages at issue. I.C. § 27-4-1-4.5(1). Another unfair practice is the failure to adopt and implement reasonable standards for the prompt investigation of claims. I.C. § 27-4-1-4.5(3). A third unfair practice is the refusal of a claim without conducting a reasonable investigation based on all available information. I.C. § 27-4-1-4.5(4). Other unfair practices include the compelling of an insured to institute litigation to recover amounts due under an insurance policy and failing to promptly provide a reasonable explanation of a denial. I.C. § 27-4-1-4.5(7), (14). Evidence at trial could support the conclusion that these practices occurred.

*Michigan Mut. Ins. Co. v. Sports, Inc.*, 698 N.E. 2d 834, 844 (Ind. Ct. App. 1998):

38.     Here, Lloyd's:

- Failed to acknowledge and act reasonably promptly upon communications with respect to claims arising under insurance policies. I.C. § 27-4-1-4.5(2).

- Failed to adopt and implement reasonable standards for the prompt investigation of claims arising under insurance policies. I.C. § 27-4-1-4.5(3).

- Refused to pay claims without conducting a reasonable investigation based upon all available information. I.C. § 27-4-1-4.5(4)

- Did not attempt in good faith to effectuate prompt, fair, and equitable settlements of claims in which liability has become reasonably clear. I.C. § 27-4-1-4.5(6).

Additional unfair claims practices may come to light during discovery.

39.     In addition, IC 34-52-1-1 provides:

(b) In any civil action, the court may award attorney's fees as part of the cost to the prevailing party, if the court finds that either party:

(1)   brought the action or defense on a claim or defense that is frivolous, unreasonable, or groundless;

(2)   continued to litigate the action or defense after the party's claim or defense clearly became frivolous, unreasonable, or groundless; or

(3)   litigated the action in bad faith.

40.     Neither Lloyds nor NGIS paid any portion of BIM's loss.

41.     Indiana's Supreme Court has held that even a good faith dispute concerning insurance coverage does not preclude a multi-million dollar punitive damages judgment for bad faith. *Monroe Guar. Ins. Co. v. Magwerks Corp*. 829 N.E.2d 978 (Ind. 2005). Lloyd's never has had a basis to deny this claim it could support with any evidence. Lloyd's has breached the insurer's fundamental duty to treat its policyholder's interests on equal footing with its own. In *Magwerks,* the Court held that the insured based its bad faith claim on the insurer's "manner of handling the claim" (*i.e.*, Monroe Guaranty called the loss a "collapse", but then denied that description in the subsequent coverage litigation). *Id*. at 976-77.[3]  In *Klepper v. Ace Am. Ins. Co.*, 999 N.E.2d 86 (Ind. Ct. App. 2013), the Indiana Court of Appeals concluded that, despite the fact that the court found there was no coverage "we cannot conclude at this stage of the

---

[3] The *Magwerks* jury returned a verdict for Magwerks in the amount of $5.1 Million, including $4 million in punitive damages.

proceedings that the resolution of the contract dispute necessarily disposes of the tort-based bad faith claim." *Id.* at 98-99.

42.     BIM is entitled to damages equal to the costs that have been, and will be, incurred as a result of the loss, consequential damages arising from defendants' breach and pre-judgment interest on all such costs or expenses.

43.     BIM is entitled to damages equal to the costs that have been, and will be, incurred as a result Lloyd's investigation continued from August 20, 2020 through March 4, 2021 (the date of Ashok Reddy's examination under oath). Nonetheless, no decision has been made by Lloyd's and no payment has been made to BIM.

Respectfully submitted,

PLEWS SHADLEY RACHER & BRAUN LLP

By:  /s/ Brett E. Nelson
          Attorneys for Plaintiff

Brett E. Nelson, Atty. # 22096-53
Yuning Tian, Atty # 36984-53
Plews Shadley Racher & Braun LLP
1346 N. Delaware St.
Indianapolis, IN   46202-2415
Tel:  (317) 637-0700
Fax:  (317) 637-0710

Case 1:22-cv-01586-RLY-KMB   Document 1-7   Filed: 02/24/20/22   Page 18 of 85 PageID #: 21

Filed: 7/5/2022 6:02 PM
Clerk

49D07-2207-PL-022429
Marion Superior Court 7
Marion County, Indiana

# EXHIBIT

# A



# UNDERWRITER'S AT LLOYDS, LONDON
## MORTGAGE SECURITY COVERAGE - NOTICE OF INSURANCE

This Notice of Insurance has been purchased for the interests of the named insured on the property identified below as follows:

**Issue Date:**   12/19/2019

**ITEM 1:**   Borrower Name and Mailing Address                    Insured Lender Name and Address

BEST INN MIDWEST LLC

PO BOX 2535
ISSAQUAH, WA  98027

Ronald Wish MD GRSA PC 401K PSP
112 Highmount

Nyack, NY  10960

**ITEM 2:**  Coverage Period

| **Effective Date** | **Expiration Date** |
|---|---|
| 12/19/2019 | 12/19/2020 |

**Certificate Number: LLM0000191247**

**Master Policy Number: DG1900855406700**

**Loan Number: 4505**

**ITEM 3:**  Coverage Provided

| COVERAGE TYPE | AMOUNT OF INSURANCE | PREMIUM |
|---|---|---|
| Comm-Bldg/Owner/Occupied (E7) | **$525,000.00** | $8,421.00 |
| | Brokers' Policy Fee | 0.00 |
| | Surplus Lines Tax | 303.16 |
| | Stamping Fee Service Charge | 14.32 |
| | | 0.00 |
| | | 0.00 |
| | | 0.00 |
| | | 0.00 |
| | | 0.00 |
| | | 0.00 |
| | | 0.00 |
| | | 0.00 |
| | **TOTAL AMOUNT** | **$8,738.48** |

**ITEM 4:** Property Address (if different from mailing address)

4505 S HARDING STREET
INDIANAPOLIS, IN  46217

This insurance provides dwelling protection against loss to the property from perils including but not limited to fire, lightning, explosion, vandalism and riot; subject to the terms and conditions and exclusions set forth in the lender's master policy.  This coverage may not meet your insurance needs.  There is no liability, theft of contents, flood or earthquake coverage.  In the event of a total loss, the limits provided above may not be adequate to restore the property

**Deductible**:  In the event of loss, this policy shall be subject to a deductible as defined in the policy Declarations of the lender's master policy.  If more than one dwelling is insured and is damaged by the same occurrence, the deductible shall apply separately to each dwelling.

**This Notice of Insurance is for information only.  It neither amends, extends nor alters the coverage afforded by the lender's master policy which it describes.**

In witness whereof this Notice of Insurance has been signed at:   **Seattle Specialty Insurance Services, Inc.**
**PO Box 1108**
**Everett, WA 98206**

# UNDERWRITER'S AT LLOYDS, LONDON
## MORTGAGE SECURITY COVERAGE - NOTICE OF INSURANCE

This Notice of Insurance has been purchased for the interests of the named insured on the property identified below as follows:

**Issue Date:**   12/19/2019

**ITEM 1:**    Borrower Name and Mailing Address                    Insured Lender Name and Address

BEST INN MIDWEST LLC

PO BOX 2535
ISSAQUAH, WA  98027

Ronald Wish MD GRSA PC 401K PSP
112 Highmount

Nyack, NY  10960

**ITEM 2:** Coverage Period

| Effective Date | Expiration Date |
|----------------|-----------------|
| 12/19/2019     | 12/19/2020      |

**Certificate Number: LLM0000191247**

**Master Policy Number: DG1900855406700**

**Loan Number: 4505**

**ITEM 3:** Coverage Provided

| COVERAGE TYPE | AMOUNT OF INSURANCE | PREMIUM |
|---------------|---------------------|---------|
| Comm-Bldg/Owner/Occupied (E7) | **$525,000.00** | $8,421.00 |
|  | Brokers' Policy Fee | 0.00 |
|  | Surplus Lines Tax | 303.16 |
|  | Stamping Fee Service Charge | 14.32 |
|  |  | 0.00 |
|  |  | 0.00 |
|  |  | 0.00 |
|  |  | 0.00 |
|  |  | 0.00 |
|  |  | 0.00 |
|  |  | 0.00 |
|  |  | 0.00 |
|  | **TOTAL AMOUNT** | **$8,738.48** |

**ITEM 4:** Property Address (if different from mailing address)

4505 S HARDING STREET
INDIANAPOLIS, IN  46217

This insurance provides dwelling protection against loss to the property from perils including but not limited to fire, lightning, explosion, vandalism and riot; subject to the terms and conditions and exclusions set forth in the lender's master policy.  This coverage may not meet your insurance needs.  There is no liability, theft of contents, flood or earthquake coverage.  In the event of a total loss, the limits provided above may not be adequate to restore the property

**Deductible**:  In the event of loss, this policy shall be subject to a deductible as defined in the policy Declarations of the lender's master policy.  If more than one dwelling is insured and is damaged by the same occurrence, the deductible shall apply separately to each dwelling.

**This Notice of Insurance is for information only.  It neither amends, extends nor alters the coverage afforded by the lender's master policy which it describes.**

In witness whereof this Notice of Insurance has been signed at:

**Seattle Specialty Insurance Services, Inc.
PO Box 1108
Everett, WA 98206**

**NOTICE OF CANCELLATION, NONRENEWAL OR CHANGE IN POLICY PREMIUM/COVERAGE**

INSURANCE COMPANY

Underwriters at Lloyds London
One America Square
London EC3N 2JL

NAME AND ADDRESS OF INSURED

Ronald Wish
112 Highmount
Nyack, NY 10960

KIND OF POLICY: Blanket Mortgage Security

POLICY NO.:406700

CANCELLATION, EXPIRATION OR CHANGE WILL TAKE EFFECT AT:

9/19/2020 (DATE) 12:01 a.m. (HOUR-STANDARD TIME)

DATE OF MAILING: 7/20/2020

ISSUED THROUGH AGENCY OR OFFICE AT:
Seattle Specialty Insurance
PO Box 1108
Everett, WA. 98206

**(Applicable item marked ☒ )**

**Cancellation**

☐ You are hereby notified in accordance with the terms and conditions of the above mentioned policy, and in accordance with law, that your insurance will cease at and from the hour and date mentioned.

See the "**Important Notices**" section below for other information that may apply.

☐ You are hereby notified in accordance with the terms and conditions of the above mentioned policy, and in accordance with law, that your insurance will cease at and from the hour and date mentioned above for the **reason(s)** stated in the "**Important Notices**" section below.

See the "**Important Notices**" section below for other information that may apply.

**Premium Adjustment**

☐ Unearned premium will be returned to in accordance with state law and the terms of the policy.

☐ Enclosed is $ _____, being the amount of return premium at pro rata rate for the unexpired term of this policy.

☐ A bill for the premium earned to the time of cancellation will be forwarded in due course.

☐ The excess of paid premium, if any, above the pro rata premium for the expired time, (if not tendered) will be refunded upon demand.

☐ Other: _____

**Nonrenewal**

☒ You are hereby notified in accordance with the terms and conditions of the above mentioned policy, and in accordance with law, that the above mentioned policy will expire effective at and from the hour and date mentioned above and the policy will NOT be renewed.

See the "**Important Notices**" section below for other information that mat apply.

☐ You are hereby notified in accordance with the terms and conditions of the above mentioned policy, and in accordance with law, that the above mentioned policy will expire effective at and from the hour and date mentioned above and the policy will NOT be renewed for the **reason(s)** stated in the "**Important Notices**" section below.

See the "**Important Notices**" section below for the other information that may apply.

**Change in Policy Premium/ Coverage**

☐ You are hereby notified in accordance with the terms and conditions of the above mentioned policy, and in accordance with law, that, with respect to the above noted policy, the policy premium will be increased and/or the policy coverage will be changed as follows, effective on the date indicated above: _____
_____
_____

**Important Notices**

**Reason(s) for cancellation or nonrenewal** (reason(s) state only if above marked item indicates such):

Policy non-renewed due to claims activity.

☐ **Replacement Insurance Information** If you are unable to obtain replacement coverage from another insurance company, you may be eligible for insurance through the organization designated below. For further information, please contact your agent or broker or the following organization:

_____
_____

☐ **Consumer Report:** In compliance with the Fair Credit Reporting Act (Public Law 91-508) and the Consumer Credit Reform Act of 1996, you are hereby informed that the action taken above is being taken wholly or partly because of information contained in a consumer report from the following consumer reporting agency: (Name)_____(Phone Number)_____
(Address)_____
**Please see the second page of this form for a disclosure of your rights under this federal law.**

*Erlina K. Montcriff*

AUTHORIZED REPRESENTATIVE

**GU 8811d** (Ed. 1-00) UNIFORM INFORMATION SERVICES, INC., © 1997     **INSURED'S COPY**

**Pursuant to the Consumer Credit Reform Act of 1996, effective September 30, 1997, your are informed that:**

The consumer reporting agency identified on the front of this form did not make any decisions regarding the stated insurance policy. Therefore, the consumer reporting agency would not be able to provide you with the specific reasons why the insurance company is taking the present action.

You have the right to obtain within 60 days of the receipt of this notice a free copy of your consumer report from the consumer reporting agency which has been identified on the front of this form.

You have the right to dispute inaccurate information by contacting the consumer reporting agency directly. Once you have directly notified the consumer reporting agency of your dispute, the agency must, within a reasonable period of time reinvestigate and record the current status of the disputed information. If after reinvestigation, such information is found to be inaccurate or unverifiable, such information must be promptly deleted from your records. If the reinvestigation does not resolve the dispute, you may file a brief statement setting forth the nature of the dispute with the consumer reporting agency. Your filed statement will then be included or summarized in any subsequent consumer report containing the information in question.

For complete information regarding the Federal Consumer Credit Protection Law please refer to The Code of the Laws of the United States of America, Title 15, Chapter 41, Subchapter III, (15 U.S.C. §1681 et seq.).



## Underwriters at Lloyd's, London
*(Hereinafter called the Underwriters)*
**BLANKET MORTGAGE SECURITY CERTIFICATE DECLARATIONS**

**Authority Reference Number:**
B1353DG1900855000
**Certificate No.**:  406700

1. **Named Insured Mortgagee:**
   Ronald Wish
   112 Highmount
   Nyack, NY 10960

2. **Agent/Administrator:**
   Seattle Specialty Insurance Services, Inc.
   PO Box 1108
   Everett, Washington 98206

3. **Certificate Period:**   From___September 19, 2019___   To____September 19, 2020____
   (12:01 am. Standard Time at the Address of the insured property)

4. **Property Insured:** Coverage applies only to real property upon which you have requested we provide coverage, for which you have paid a premium and in which you have an insurable interest as owner, mortgagee, trustee or as the servicing agent by written agreement. This insurance does not cover land.

5. **Coverages Provided:** All coverages, terms and conditions for residential property are as set forth in this Blanket Mortgage Security Certificate and the attached Dwelling Property 3A Amended Form. All coverages, terms and conditions for commercial property are as set forth in this Blanket Mortgage Security Certificate and the attached General Property 11A Amended Form.

6. **Maximum Amount of Insurance:** The Maximum Amount of Insurance shall be the lesser of the amount shown on your request for insurance reflected on the monthly reports described in General Provision **M**. of this Certificate, or $___1,000,000___for residential property and $___1,000,000___for commercial property.

7. **Premium Rate:** The premium for each insured property shall be computed by applying the following rate per hundred per year to the Amount of Insurance applicable to each insured property.

| | |
|---|---|
| Residential Property - Occupied……………………………………………….... | **$0.71 per $100** |
| Residential Property - Vacant………………………………………………….... | **$0.71 per $100** |
| Residential "Real Estate Owned' Property - Occupied……………………… | **$0.71 per $100** |
| Residential "Real Estate Owned' Property – Vacant………………………… | **$0.71 per $100** |
| Commercial Property -Occupied ……………………………………………..... | **$1.60 per $100** |
| Commercial Property –Vacant………………………………………………….... | **$1.60 per $100** |
| Commercial 'Real Estate Owned' Property –Occupied……………………… | **$1.60 per $100** |
| Commercial 'Real Estate Owned' Property –Vacant………………………… | **$1.60 per $100** |
| Commercial Business Property………………………………………………..... | **$   N/A** |
| Manufactured Housing…………………………………………………………..... | **$1.08 per $100** |
| Contingent Mortgagor's Coverage……………………………………………..... | **$   N/A** |

<span style="color:red">**ADDITIONAL RATES APPLY. SEE CGI05 FOR DETAILS**</span>

8. **Endorsements Attached to and Forming a Part of Certificate At Time of Issue:**

   CGI01(07/07), CGI02(12/06), CGI03(10/06), CGI05(10/06), CGI08(10/06), CGI10A(10/06), CGI11A(10/06),
   CGI12A(03/09), CGI13A(06/08), CGI14(10/06), CGI17A(10/06), CGI19(10/06), CGI20(10/06), CGI21(10/06),
   CGI24(01/08), CGI25A(04/08), CGI26A(04/08), CGI27A(04/08), LM5018, LM5019, LM5219, LMA3100

Date Countersigned:___July 18, 2019_____

By:  *Enlina K Montorieffe*
Authorized Representative

CGI 00 (12/07)



# Lloyd's Certificate

**This Insurance** is effected with certain Underwriters at Lloyd's, London.

**This Certificate** is issued in accordance with the limited authorization granted to the Correspondent by certain Underwriters at Lloyd's, London whose syndicate numbers and the proportions underwritten by them can be ascertained from the office of the said Correspondent (such Underwriters being hereinafter called "Underwriters") and in consideration of the premium specified herein, Underwriters hereby bind themselves severally and not jointly, each for his own part and not one for another, their Executors and Administrators.

**The Assured** is requested to read this Certificate, and if it is not correct, return it immediately to the Correspondent for appropriate alteration.

All inquiries regarding this Certificate should be addressed to the following Correspondent:

SLC-3 (USA) NMA2868 (24/08/2000)

**CERTIFICATE PROVISIONS**

1. **Signature Required.** This Certificate shall not be valid unless signed by the Correspondent on the attached Declaration Page.

2. **Correspondent Not Insurer.** The Correspondent is not an Insurer hereunder and neither is nor shall be liable for any loss or claim whatsoever. The Insurers hereunder are those Underwriters at Lloyd's, London whose syndicate numbers can be ascertained as hereinbefore set forth. As used in this Certificate "Underwriters" shall be deemed to include incorporated as well as unincorporated persons or entities that are Underwriters at Lloyd's, London.

3. **Cancellation.** If this Certificate provides for cancellation and this Certificate is cancelled after the inception date, earned premium must be paid for the time the insurance has been in force.

4. **Service of Suit.** It is agreed that in the event of the failure of Underwriters to pay any amount claimed to be due hereunder, Underwriters, at the request of the Assured, will submit to the jurisdiction of a Court of competent jurisdiction within the United States. Nothing in this Clause constitutes or should be understood to constitute a waiver of Underwriters' rights to commence an action in any Court of competent jurisdiction in the United States, to remove an action to a United States District Court, or to seek a transfer of a case to another Court as permitted by the laws of the United States or of any State in the United States. It is further agreed that service of process in such suit may be made upon the firm or person named in item 6 of the attached Declaration Page, and that in any suit instituted against any one of them upon this contract, Underwriters will abide by the final decision of such Court or of any Appellate Court in the event of an appeal.

   The above-named are authorized and directed to accept service of process on behalf of Underwriters in any such suit and/or upon request of the Assured to give a written undertaking to the Assured that they will enter a general appearance upon Underwriters' behalf in the event such a suit shall be instituted.
   Further, pursuant to any statute of any state, territory or district of the United States which makes provision therefor, Underwriters hereby designate the Superintendent, Commissioner or Director of Insurance or other officer specified for that purpose in the statute, or his successor or successors in office, as their true and lawful attorney upon whom may be served any lawful process in any action, suit or proceeding instituted by or on behalf of the Assured or any beneficiary hereunder arising out of this contract of insurance, and hereby designate the above-mentioned as the person to whom the said officer is authorized to mail such process or a true copy thereof.

5. **Assignment.** This Certificate shall not be assigned either in whole or in part without the written consent of the Correspondent endorsed hereon.

6. **Attached Conditions Incorporated.** This Certificate is made and accepted subject to all the provisions, conditions and warranties set forth herein, attached or endorsed, all of which are to be considered as incorporated herein.

7. **Short Rate Cancellation.** If the attached provisions provide for cancellation, the table below will be used to calculate the short rate proportion of the premium when applicable under the terms of cancellation.

**Short Rate Cancellation Table For Term of One Year.**

| Days Insurance in Force | Per Cent of one year Premium | Days Insurance in Force | Per Cent of one year Premium | Days Insurance in Force | Per Cent of one year Premium | Days Insurance in Force | Per Cent of one year Premium |
|---|---|---|---|---|---|---|---|
| 1 | 5% | 66 - 69 | 29% | 154 - 156 | 53% | 256 - 260 | 77% |
| 2 | 6 | 70 - 73 | 30 | 157 - 160 | 54 | 261 - 264 | 78 |
| 3 - 4 | 7 | 74 - 76 | 31 | 161 - 164 | 55 | 265 - 269 | 79 |
| 5 - 6 | 8 | 77 - 80 | 32 | 165 - 167 | 56 | 270 - 273 ( 9 mos ) | 80 |
| 7 - 8 | 9 | 81 - 83 | 33 | 168 - 171 | 57 | 274 - 278 | 81 |
| 9 - 10 | 10 | 84 - 87 | 34 | 172 - 175 | 58 | 279 - 282 | 82 |
| 11 - 12 | 11 | 88 - 91 ( 3 mos ) | 35 | 176 - 178 | 59 | 283 - 287 | 83 |
| 13 - 14 | 12 | 92 - 94 | 36 | 179 - 182 ( 6 mos ) | 60 | 288 - 291 | 84 |
| 15 - 16 | 13 | 95 - 98 | 37 | 183 - 187 | 61 | 292 - 296 | 85 |
| 17 - 18 | 14 | 99 - 102 | 38 | 188 - 191 | 62 | 297 - 301 | 86 |
| 19 - 20 | 15 | 103 - 105 | 39 | 192 - 196 | 63 | 302 - 305 ( 10 mos ) | 87 |
| 21 - 22 | 16 | 106 - 109 | 40 | 197 - 200 | 64 | 306 - 310 | 88 |
| 23 - 25 | 17 | 110 - 113 | 41 | 201 - 205 | 65 | 311 - 314 | 89 |
| 26 - 29 | 18 | 114 - 116 | 42 | 206 - 209 | 66 | 315 - 319 | 90 |
| 30 - 32 ( 1 mos ) | 19 | 117 - 120 | 43 | 210 - 214 ( 7 mos ) | 67 | 320 - 323 | 91 |
| 33 - 36 | 20 | 121 - 124 ( 4 mos ) | 44 | 215 - 218 | 68 | 324 - 328 | 92 |
| 37 - 40 | 21 | 125 - 127 | 45 | 219 - 223 | 69 | 329 - 332 | 93 |
| 41 - 43 | 22 | 128 - 131 | 46 | 224 - 228 | 70 | 333 - 337 ( 11 mos ) | 94 |
| 44 - 47 | 23 | 132 - 135 | 47 | 229 - 232 | 71 | 338 - 342 | 95 |
| 48 - 51 | 24 | 136 - 138 | 48 | 233 - 237 | 72 | 343 - 346 | 96 |
| 52 - 54 | 25 | 139 - 142 | 49 | 238 - 241 | 73 | 347 - 351 | 97 |
| 55 - 58 | 26 | 143 - 146 | 50 | 242 - 246 ( 8 mos ) | 74 | 352 - 355 | 98 |
| 59 - 62 ( 2 mos ) | 27 | 147 - 149 | 51 | 247 - 250 | 75 | 356 - 360 | 99 |
| 63 - 65 | 28 | 150 - 153 ( 5 mos ) | 52 | 251 - 255 | 76 | 361 - 365 ( 12 mos ) | 100 |

Rules applicable to insurance with terms less than or more than one year:

A.  If insurance has been in force for one year or less, apply the short rate table for annual insurance to the full annual premium determined as for insurance written for a term of one year.

B.  If insurance has been in force for more than one year:

   1.  Determine full annual premium as for insurance written for a term of one year.

   2.  Deduct such premium from the full insurance premium, and on the remainder calculate the pro rata earned premium on the basis of the ratio of the length of time beyond one year the insurance has been in force to the length of time beyond one year for which the policy was originally written.

   3.  Add premium produced in accordance with items (1) and (2) to obtain earned premium during full period insurance has been in force.

**This Declaration Page is attached to and forms part of Certificate provisions (Form SLC-3 USA NMA2868)**

Previous No. B1353DG1800542000  Authority Ref. No. B1353DG1900855000    Certificate No. 406700

**1.** Name and address of the Assured:

Ronald Wish
112 Highmount
Nyack, NY 10960

**2.** Effective from      September 19, 2019   to  September 19, 2020
both days at 12:01 a.m. standard time.

**3.** Insurance is effective with certain UNDERWRITERS AT LLOYD'S, LONDON.

Percentage:   100   %  Syndicate #1414

**4.**    Amount:   The Maximum Amount of Insurance shall be $1,000,000 per location for commercial
property and $1,000,000 per location for residential property.

Coverage: All coverages, terms and conditions for commercial property are as set forth in the attached General
Property Policy Endorsement CGI 03. All coverages, terms and conditions for residential property are as set
forth in the attached Residential Property Policy Endorsement CGI 02.

Rate: See Rates stated on CGI 00(12/07)

Premium: Per Individual Reporting Form

**5.** Forms attached hereto and special conditions:

CGI01(07/07), CGI02(12/06), CGI03(10/06), CGI05(10/06), CGI08(10/06), CGI10A(10/06),
CGI11A(10/06), CGI12A(03/09), CGI13A(06/08), CGI14(10/06), CGI17A(10/06), CGI19(10/06),
CGI20(10/06), CGI21(10/06), CGI24(01/08), CGI25A(04/08), CGI26A(04/08), CGI27A(04/08), LM5018,
LM5019, LM5219, LMA3100

**6.** Service of Suit may be made upon:
Mendes & Mount
750 7th Avenue
New York, NY 10019-6829

**7.** In the event of a claim, please notify the following:

Seattle Specialty Insurance Services, Inc.
332-A SW Everett Mall Way
Everett, WA 98204
Phone: 425-609-3500, Fax: 425-609-3555

**Dated: July 18, 2019**                        by:   *Enlina K. Monterithe*
                                                                      Correspondent

**THE INSURER(S) NAMED HEREIN IS (ARE) NOT LICENSED BY THE STATE OF NEW YORK, NOT SUBJECT TO ITS SUPERVISION, AND IN THE EVENT OF THE INSOLVENCY OF THE INSURER(S), NOT PROTECTED BY THE NEW YORK STATE SECUIRTY FUNDS.   THE POLICY MAY NOT BE SUBJECT TO ALL OF THE REGULATIONS OF THE INSURANCE DEPARTMENT PERTAINING TO POLICY FORMS.**

**Evelina K. Montcrieffe**
**SEATTLE SPECIALTY INSURANCE SERVICES, INC.**



One Lime Street London EC3M 7HA

**BLANKET MORTGAGE SECURITY CERTIFICATE**
**INSURING AGREEMENT**

We will provide the insurance described in this Certificate in return for the premium and compliance with all applicable provisions of this Certificate. Coverage shall apply to all residential and commercial property for which a specific request for coverage is received from you in accordance with procedures herein defined.

**DEFINITIONS**

Throughout this Certificate:

A.  "You" and "yours" refer to the financial institution shown in item 1. of the Certificate Declarations as the Named Insured Mortgagee.
B.  "We, "us" and "our" refer to Underwriters providing this insurance.
C.  "Certificate" shall include the Blanket Mortgage Security Certificate and all coverage forms and endorsements attached.

**GENERAL PROVISIONS**

A.  **Term:** Coverage shall apply to each insured property from the effective date requested by you upon payment of premium. If the property afforded insurance by this Certificate is also covered by other insurance, insurance under this Certificate shall not become effective until such other insurance has terminated.  This insurance does not cover land.

B.  **Insured Property:** Coverage applies only to real property upon which you have requested we provide coverage, for which you have paid a premium and in which you have an insurable interest as mortgagee, or as the servicing agent by written agreement. This insurance does not cover land.

C.  **Coverage Provided:** This Certificate insures against direct physical loss or damage to insured property. All coverages, terms and conditions for residential property are as set forth in this Blanket Mortgage Security Certificate and the attached Dwelling Property 3A Amended Form. All coverages, terms and conditions for commercial property are as set forth in this Blanket Mortgage Security Certificate and the attached General Property 11A Amended Form.

D.  **Limits of Recovery:** Our liability shall not exceed the least of the following after application of the deductible stated in this Certificate:

1.   The amount stated on the Certificate Declarations for each location of mortgaged residential and mortgaged commercial property insured by this Certificate.

2.   The amount of insurance specifically requested in your application for coverage under this Certificate.

3.  The settlement options stated in Dwelling Property 3A Amended Form applicable to residential property and General Property 11A Amended Form applicable to commercial property and attached to this Certificate.

E.  **Deductible:** For each loss covered under this Certificate, we shall be liable for loss only in excess of the appropriate deductible specified below which shall not be recoverable under this Certificate:

1.  Residential Property:
   A deductible of $250 shall apply to each covered peril or occurrence, except for the peril of Vandalism and Malicious Mischief to a vacant property for which a deductible of $500 shall apply.

2.  Commercial Property:
   A deductible of $500 shall apply to each covered peril or occurrence, except for the peril of Vandalism and Malicious Mischief to a vacant property for which a deductible of $1,000 shall apply.

F.   **Other Insurance:** THIS INSURANCE IS EXCESS INSURANCE. If there is any other valid and collectible insurance which would attach if the insurance provided under this Certificate had not been effected, this insurance shall apply only as excess insurance and in no event as contributing insurance, and then only after all other insurance has been exhausted.

CGI 01 (07/07)

G. **Loss Payable:**  Loss, if any, shall be made payable to you as your interest appears. You hereby direct that any benefits payable in excess of your interest shall be paid to the mortgagor.

H. **Salvage and Recoveries:**  When, in connection with any loss covered by this Certificate, any salvage or recovery is received subsequent to the payment of such loss, the loss shall be refigured on the basis on which such loss would have been settled had the amount of salvage or recovery been known at the time the amount of loss was originally determined.  Any amounts thus found to be due any party shall be promptly paid.

I. **Inspection and Audit:** We shall be permitted at all reasonable times to Inspect the insured property and to examine your and/or the mortgagors books and records at any time during the currency of this Certificate. Within one year after final settlement of any claim we shall be permitted at all reasonable times to examine your and/or the mortgagor's books and records so far as the books and records relate to any payments made because of losses happening during the term of this Certificate. We waive no rights and undertake no responsibility by reason of such inspection or examination or the omission thereof.

We shall also be permitted at all reasonable times to audit your records to verify the number of existing loans for which renewal policies have not been received.

J. **Reinstatement:** A loss to the insured property reduces the limits of recovery by the amount of the loss, upon repair or replacement of the property, the limits of recovery will return to their original amount.

K. **Request for Coverage:** When you desire coverage on any real property in which you have an insurable interest, you will request insurance by providing us with the following information: loan number, name and address of mortgagor, address of property to be insured, class of property, effective date and amount of insurance requested. Coverage shall automatically become effective upon receipt of request for coverage and payment of premium and shall remain in force until terminated by either you or us.

L. **Cancellation:** You may cancel coverage on any individual location by notifying us of the desired effective date of cancellation but not prior to the effective date of the mortgagor's insurance which meets the requirements of your loan agreement.  But no more than 120 days prior to the date of notification to us, without our approval.

You may cancel this Certificate at any time by returning it to us or by notifying us in writing of the date cancellation is to take effect, but no more than 120 days prior to the date of notification to us, without the approval of Underwriters.

We may cancel this Certificate or coverage on any individual location by giving you at least 30 days advance written notice of the date cancellation is to take effect, with the exception of cancellation for nonpayment of premium which shall be a minimum of 10 days advance written notice.

Cancellation shall be processed immediately and any return premiums shall be reflected in the next monthly report and premium billing.

M. **Reports and Premium Billings:** Within 10 days of the last day of each month, you will provide a complete listing of all properties upon which coverage is requested.  The report shall contain loan number, name and address of mortgagor, insured property address, class of property, coverage effective date, amount of insurance requested, cancellation date (if applicable). If you are required to calculate premium, payment of total net premium is due and payable with this report.

In Witness Whereof, Underwriters have caused this Certificate to be executed and attested by their Authorized Representative.

Date Countersigned:_____July 18, 2019_____        By:_____
                                                                                                    Authorized Representative

CGI 01 (07/07)

**DWELLING PROPERTY 3A**
**AMENDED FORM (10/06)**

## AGREEMENT

We will provide the insurance described in this Certificate in return for the premium and compliance with all applicable provisions of this Certificate.

## DEFINITIONS

Throughout this Certificate, "you" and "your" refer to the Named Insured Mortgagee shown in the Declarations. "We", "us" and "our" refer to the Underwriters providing this insurance.

## COVERAGES

This insurance applies to the insured property. This insurance does not cover land.

### COVERAGE A - DWELLING

We cover:

    a) the dwelling, used principally for dwelling purposes;

    b) structures attached to the dwelling;

    c) materials and supplies on or adjacent to the requested location for use in the construction, alteration or repair of the dwelling or Other Structures on this location; and

    d) building equipment and outdoor equipment used for the service of and located on the requested location.

### COVERAGE B - OTHER STRUCTURES

We cover Other Structures on the requested location, separated from the dwelling by clear space. Structures connected to the dwelling by only a fence, utility line or similar connections are considered to be Other Structures. You may use up to 10% of the Coverage A Limit of Recovery for loss by a Peril Insured Against to Other Structures described in this Coverage B. Payment under this coverage reduces the Coverage A Limit of Recovery.

We do not cover structures:

    a) used in whole or in part for commercial, manufacturing or farming purposes; or

    b) rented to or held for rental for any person not a tenant of the dwelling, unless used solely as a private garage; or

    c) such as fences, satellite dishes, antennas, or radio and television towers separated from the dwelling.

### OTHER COVERAGES

1. **Debris Removal-** We will pay the reasonable expenses incurred for the removal of debris from a property loss covered by this Certificate. Payment under this coverage reduces the Limit of Recovery applying to the damaged property.

2. **Reasonable Repairs-** We will pay the reasonable cost incurred for necessary repairs made solely to protect the property covered by this Certificate from further damage if there is coverage for the peril causing the loss. Payment under this coverage reduces the Limit of Recovery that applies to the property being repaired.

## PERILS INSURED AGAINST

**COVERAGE A- DWELLING & COVERAGE B- OTHER STRUCTURES**

We insure for risk of direct physical loss to the insured property described in Coverages A and B except:

1. losses excluded under GENERAL EXCLUSIONS;

2. freezing of a plumbing, heating, air conditioning system, automatic fire protective sprinkler system or of a household appliance, or by discharge, leakage or overflow from within such system or appliance caused by freezing, while the dwelling is vacant, unoccupied or being constructed unless reasonable care has been taken to:

   a) maintain heat in the building, or

   b) shut off the water supply and drain the system and appliances of water;

3. freezing, thawing, pressure or weight of water or ice, whether driven by wind or not, to Other Structures;

4. theft of any property which is not actually part of any dwelling or other structure covered;

5. theft in or to a dwelling or other structure under construction;

6. wind, hail, ice, snow or sleet to outdoor radio and television antennas and aerials including their lead-in wiring, masts or towers;

7. continuous or repeated seepage or leakage of water or steam over a period of time from within a plumbing, heating or air conditioning system or from within a household appliance;

8. a) wear and tear, marring, deterioration;

   b) inherent vice, latent defect, mechanical breakdown;

   c) smog, rust or corrosion, mold, wet or dry rot;

   d) smoke from agricultural smudging or industrial operations;

   e) discharge of, dispersal, seepage, migration, release or escape of pollutants.
   Pollutants means solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed;

   f) settling, shrinking, bulging or expansion, including resultant cracking, of pavements, patios, foundations, walls, floors, roofs or ceilings; or

   g) birds, vermin, rodents, insects or domestic animals.

   If any of these cause water damage not otherwise excluded, from a plumbing, heating, air conditioning or automatic fire protective sprinkler system or household appliance, we cover loss caused by the water including the cost of tearing out and replacing any part of a building necessary to repair the system or appliance. We do not cover loss to the system or appliance from which this water escaped.

9. Vandalism and malicious mischief if you have failed to secure the property and conduct periodic inspections of the interior and exterior.

Under items 2 through 9, any ensuing loss not excluded is covered.

CGI 02 (12/06)                    2

## GENERAL EXCLUSIONS

A.  We do not cover loss resulting directly or indirectly by any of the following, whether or not any other cause or happening contributes concurrently or in any sequence to the loss:

1) **Ordinance or Law**, meaning the enforcement of any ordinance, regulation or law regulating the construction, repair, demolition, occupancy, sale or relocation of the dwelling or Other Structure unless specifically provided under this Certificate.

2) **Earth Movement**, including but not limited to earthquake, land shock waves or tremors before, during or after a volcanic eruption, volcanic ash, landslide, rockslide, mine subsidence, mud flow, earth sinking, rising or shifting. We do cover direct loss that follows caused by fire or explosion.

3) **Water**, meaning:

   a)  flood, surface water, waves, tidal wave or overflow of a body of water. We do not cover spray from any of these, whether or not driven by wind;

   b)  water which backs up through sewers or drains or which overflows from a sump; or

   c)  water below the surface of the ground. This includes water which exerts pressure on or flows, seeps or leaks through any part of a dwelling or Other Structure, or sidewalk, driveway, foundation, swimming pool or Other Structure.

We do cover direct loss that follows caused by fire or explosion.

4) **Power Interruption**, meaning the interruption of power or other utility service if the interruption takes place away from the requested location, we will pay only for loss caused by the ensuing peril.

5) **Neglect**, meaning neglect to use all reasonable means to save and preserve property at and after the time of a loss, or when property is endangered by a Peril Insured Against.

6) **War**, including undeclared war, civil war, insurrection, rebellion, revolution, warlike act by a military force or military personnel, destruction or seizure or use for a military purpose, and including any consequence of any of these. Discharge of a nuclear weapon shall be deemed a warlike act even if accidental.

7) **Nuclear Hazard**, to the extent set forth in the Nuclear Hazard Clause of the Conditions.

8) **Intentional Act**, meaning an action by or at the direction of you or any borrower committed with the intent to cause a loss or damage. This exclusion applies even it the person committing the act is insane, intoxicated or otherwise impaired if a person without that impairment would have committed such an act with the intent to cause loss or damage.

B.  We do not insure for loss to property caused by any of the following. However, any ensuing loss to property not - excluded or excepted in this Certificate is covered:

1) **Weather conditions**. However, this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in paragraph A. above to produce the loss;

2) **Acts or decisions,** including the failure to act or decide, of any person, group, organization or governmental body.

3) **Faulty**, Inadequate or defective:

   a)  planning, zoning, development, surveying, siting;
   b)  design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;
   c)  materials used in repair, construction, and renovation or remodeling: or
   d)  maintenance; of part or all of any property whether on or off the insured property.

**CONDITIONS**

1. **Certificate Period.** This Certificate applies only to loss or damage which occurs while the coverage is in effect.

2. **Insurable Interest and Limit of Liability**. Even if more than one person has an insurable interest in the property covered, we shall not be liable:

   (a) for an amount greater than your and the mortgagor's interest in the property covered; or
   (b) for more than the Limit of Recovery that applies.

3. **Concealment or Fraud.** This entire Certificate is void if you or the mortgagor has intentionally concealed or misrepresented any material fact or circumstance relating to any aspect of this insurance or acted fraudulently or make false statements relating to any aspect of this insurance, whether before or after a loss. Such acts or act by the mortgagor will bar recovery by any person except as provided in this Certificate with respect to your interest.

4. **Your and the Mortgagor's Duties After Loss**. In case of a loss to which this insurance may apply, you and the mortgagor shall see that the following duties are performed:

   (a) give us immediate written notice;
   (b) protect the property from further damage, making necessary and reasonable repairs to protect the property, and keep an accurate record of repair expenditures. If you or the mortgagor fail to do so, we will not pay for any further damage. We will not reimburse for the costs of repairs unless records and receipts are provided;
   (c) make a list of all damaged or destroyed property showing in detail quantities, costs, actual cash value, amount of loss claimed and any other information we may require. Attach all bills, receipts and related documents that substantiate the figures in the list;
   (d) send to us within 60 days after loss the above list and a proof of loss signed and sworn to by you and the mortgagor, including:

      1) the time and cause of loss;
      2) the interest of you, the mortgagor and all others in the property;
      3) all encumbrances on the property;
      4) other insurance which may cover the loss;
      5) changes in title, use occupancy or possession of the property, and
      6) if required, any plans and specifications of the damaged buildings.

   (e) exhibit the damaged property to us or our representative as often as may be required;
   (f) as often as we may require, submit to examinations under oath by any person named by us and sign the transcript of the examinations;
   (g) produce for examination, with permission to copy, all records and documents that we may require;
   (h) in the event of a loss by theft, vandalism or malicious mischief, report the occurrence to the police immediately.

5. **Loss Settlement**. Covered property losses are settled as follows:

   a) Other Structures that are not buildings are settled at actual cash value at the time of loss but not exceeding the amount necessary to repair or replace;
   b) Roofs (except for fire peril), carpeting, domestic appliances, awnings, outdoor equipment, whether or not attached to buildings, and outdoor antennas, at actual cash value at the time of loss but not exceeding the amount necessary to repair or replace;
   c) Buildings under Coverage A or B:

      1) at repair or replacement cost without deduction for depreciation, but not exceeding the smaller of the following amounts:
         a. the repair or replacement cost of that part of the building damaged using commonly used building materials to place the property in a habitable condition for use on the same premises; or
         b. the amount actually and necessarily spent to repair or replace the damaged building.

      2)  If you decide not to repair or replace the damaged property, at our option, we may make settlement on an

actual cash value basis. You may make claim within 180 days after the loss for any additional payment on a repair or replacement cost basis.

We may at our option replace the property with property of similar kind, quality and value.  If as the result of your loss we pay in cash or by replacement an amount equal to the actual cash value of the property before the loss, at our option, we have the right to take legal title to the property.

6. **Loss to a Pair, Set, Series of Objects or Interior or Exterior Panels.** In case of loss to a part of a pair, set, series of objects, pieces or panels, either interior or exterior, we may, at our option:

   a) repair or replace any part to restore the property to actual cash value before the loss; or
   b) pay the difference between the actual cash value of the property before and after the loss; or
   c) pay the reasonable cost of providing a substitute to match the remainder of the property as closely as possible.

We cannot guarantee the availability of parts or of replacements. We will not be obligated to repair or replace the entire pair, set of series of objects, piece or panel when a part is lost or damaged.

7. **Glass Replacement.** Covered loss to glass shall be settled on the basis of replacement with safety glazing materials when required by ordinance or law.

8. **Appraisal**. If you and we fail to agree on the amount of loss, either can demand that the amount of the loss be set by appraisal.  If either makes a written demand for appraisal, each shall select a competent independent appraiser and notify the other of the appraiser's identity within 20 days of receipt of the written demand.  The two appraisers shall then select a competent, impartial umpire.  The appraisers shall then set the amount of the loss. If the appraisers submit a written report of agreement to us, the amount agreed upon shall be the amount of the loss.  If the appraisers fail to agree within a reasonable time, they shall submit their differences to the umpire.  Written agreement signed by any two of these three shall set the amount of the loss. Each appraiser shall be paid by the party selecting that appraiser.  Other expenses of the appraisal and the compensation of the umpire shall be paid equally by you and us.

9. **Subrogation**. You or the mortgagor may waive in writing before a loss all rights of recovery against any person. If not waived, we may require an assignment of rights of recovery for a loss to the extent that payment is made by us.  If an assignment is sought, you and the mortgagor shall sign and deliver all related papers and cooperate with us in any reasonable manner.

10. **Suit Against Us**. No action shall be brought unless there has been compliance with the Certificate provisions and the action is started within one year after the loss.

11. **Loss Payment**. We will adjust any loss with you and the mortgagor. We will pay you to the extent of your interest in the property. You hereby direct that any benefits due which are in excess of your interest in the property be paid to the mortgagor. Payment for loss will be made within 60 days after we receive a proper proof of loss and
   a) we reach an agreement with you; or
   b) there is an entry of final judgment; or
   b) there is a filing of an appraisal award with us.

12. **Abandonment of Property**. We need not accept any property abandoned by you or the mortgagor.

13. **No Benefit to Bailee**. Regardless of any other provision of this Certificate, we will not honor an assignment nor extend coverage to a bailee.  A bailee is a person or entity to whom you or the mortgagor has given possession of insured property.

14. **Cancellation**.
   a) You may cancel this Certificate at any time by returning it to us or by notifying us in writing of the date cancellation is to take effect. The date of cancellation may be no more than 120 days prior to the date of notification to us, without our approval.

   b) We may cancel this Certificate by giving you 30 days notice in writing of the date cancellation takes effect, with the exception of cancellation for nonpayment of premium which shall be a minimum of 10 days advance written notice. This cancellation notice may be delivered to you, or mailed to you at your mailing address shown in the Declarations. Proof of mailing shall be sufficient proof of notice.

c) When this Certificate is cancelled, the premium paid for coverages beyond the date of cancellation will be refunded. The return premium will be pro rata.

d) If the return premium is not refunded with the notice of cancellation or when this Certificate is returned to us, we will refund it within a reasonable time after the date cancellation takes effect.

15. **Non- Renewal.** We may elect not to renew this Certificate. We may do so by delivery to you or mailing to you at your mailing address shown in the Declarations, written notice at least 10 days before the expiration date of this Certificate. Proof of mailing shall be sufficient proof of notice. Our failure to send such a notice within the time prescribed obligates us to renew coverages if you pay the premium before the expiration date.

16. **Liberalization Clause**. If we adopt any revision which would broaden the coverage under this Certificate without additional premium within 60 days prior to or during the Certificate period, the broadened coverage will immediately apply to this Certificate.

17. **Waiver or Change of Certificate Provisions**. A waiver or change of any provision of this Certificate must be in writing by us to be valid.

18. **Assignment**. Assignment of this Certificate shall not be valid unless we give our written consent.

19. **Your Interest**.

a) Your interest will not be impaired by any act or neglect of the mortgagor, provided you:

1) notify us of any change in occupancy, ownership, or substantial change in risk as soon as you become aware of such change; and

2) pay any premium when due under this Certificate.

b) if we pay you for any loss and do not pay the mortgagor,

1) we are subrogated to all of your rights granted under the mortgage on the property and may require a partial assignment of the mortgage to the extent of payment made: or

2) at our option, we may pay you the whole principal on the mortgage.
In this event, we will receive a full assignment and transfer of the mortgage and all securities held as collateral to the debt.
Subrogation will not impair your right to recover the full amount of your claim.

20. **Nuclear Hazard Clause**.

a) "Nuclear Hazard" means any nuclear reaction, radiation or radioactive contamination, all whether controlled or uncontrolled or however caused, or any consequence of any of these.
b) Loss caused by the nuclear hazard shall not be considered loss caused by fire, explosion or smoke, whether these perils are specifically named in or otherwise included within the Perils Insured Against.
c) This Certificate does not apply to loss caused directly or indirectly by nuclear hazard, except that direct loss by tire resulting from the nuclear hazard is covered.

21. **Other Insurance**. THIS INSURANCE IS EXCESS INSURANCE. If there is any other valid and collectible insurance which would attach had the insurance provided under this Certificate had not been effected, this insurance shall apply only as excess insurance and in no event as contributing insurance, and then only after all other insurance has been exhausted.

# GENERAL PROPERTY AMENDED FORM

### AGREEMENT

We will provide the insurance described in this Certificate in return for the premium and compliance with all applicable provisions of this Certificate.

### DEFINITIONS

Throughout this Certificate, "you" and "your" refer to the Named Insured Mortgagee shown in the Declarations. "I", "We", "us" and "our" refer to Underwriters providing this insurance.

## SECTION I - PROPERTY COVERED

The insurance under this Certificate covers "Building (s)" in accordance with the following description.  This insurance does not cover land:

Coverage A -Building(s): Building(s) or structure(s) shall include attached additions and extensions; fixtures, machinery and equipment constituting a permanent part of and pertaining to the service of the building; yard fixtures; personal property of the mortgagor used for the maintenance or service of the described building (s), including fire extinguishing apparatus, outdoor furniture, floor coverings and appliances for refrigerating, ventilating, cooking, dishwashing and laundering (but not including other personal property in apartments or rooms furnished by the mortgagor as landlord); all while at the described location(s).

**Debris Removal**: This insurance covers expense incurred in the removal of debris of the property covered, which may be occasioned by loss caused by any of the perils insured against in this Certificate.

The total liability under this Certificate for both loss to property and debris removal expense shall not exceed the amount of insurance applying under this Certificate to the property covered.

## SECTION II- PROPERTY NOT COVERED

This Certificate does not cover:

1) outdoor signs, whether or not attached to a building or structure;
2) outdoor trees, shrubs and plants;
3) outdoor swimming pools; fences; piers, wharves and docks, beach or diving platforms or appurtenant retaining walls not constituting a part of buildings; walks, roadways and other paved surfaces.

## SECTION III - DEDUCTIBLE CLAUSE

A deductible of $500 shall apply to each covered peril or occurrence, except for the peril of Vandalism and Malicious Mischief to a vacant property for which a deductible of $1,000 shall apply.

## SECTION IV- PERILS INSURED AGAINST

This Certificate insures against all direct loss caused by:

1) **Fire or Lightning**.
2) **Removal**, meaning loss to the property covered hereunder while being removed or removed from the premises endangered by the perils insured against. The insurance is in effect for only 5 days at each proper place to which such property shall necessarily be removed for preservation from the perils insured against. The amount of insurance provided shall be the same proportion as the property removed bears to all property covered by this insurance.
3) **Windstorm or Hail,** excluding loss caused directly or indirectly by frost or cold weather, or ice (other than hail, snow or sleet, whether driven by wind or not.
   a)  We shall not be liable for loss to the Interior of the building(s) or the property covered therein caused:

(1) by rain, snow, sand or dust, whether driven by wind or not unless the building (s) covered or containing the property covered shall first sustain an actual damage to roof or walls by the direct action of wind or hail and then shall be liable for loss to the interior of the building(s) or the property covered therein as may be caused by rain, snow, sand or dust entering the building (s) through openings in the roof or walls made by  direct action of wind or hail; or

(2) by water from sprinkler equipment or from other piping, unless such equipment or piping is damaged as a direct result of wind or hail.

   a)   We shall not be liable for hailstorm or hail damage to the following property:

      1)   windmills, wind pumps or their towers;
      2)   crop silos;
      3)   metal smokestacks; or
      4)   when outside of buildings,
          (a)  awnings of fabric or slat construction, canopies of fabric or slat construction, including their supports,
          (b)  radio or television antennas, including their lead-in wiring, masts or towers.

4.  **Smoke**, meaning sudden and accidental damage from smoke, other than smoke from agricultural smudging or industrial operations.

5.  **Explosion**, including direct loss resulting from the explosion of accumulated gases or unconsumed fuel within the firebox (or combustion chamber) of any fired vessel or within the flues or passages which conduct the gases of combustion therefrom.

   a)  We shall not be liable for loss by explosion of steamboilers, steam pipes, steam turbines or steam engines, if owned by, leased by or operated under the control of the mortgagor.
   b)   The following are not explosions within the intent or meaning of these provisions:
     (1)    shock waves caused by aircraft; generally known as "sonic boom",
     (2) electric arcing,
     (3) rupture or bursting of rotating or moving parts of machinery caused by centrifugal force or mechanical breakdown,
     (4) water hammer,
     (5) rupture or bursting of water pipes,
     (6) rupture or bursting due to expansion or swelling of the contents of any building or structure, caused by or resulting from water,
     (7) rupture, bursting or operation of pressure relief devices.

6.  **Riot, Riot Attending A Strike or Civil Commotion**, including direct loss by acts of striking employees of the owner or tenant(s) of the described building (s) while occupied by said striking employees and shall also include direct loss from pillage and looting occurring during and at the immediate place of a riot, riot attending a strike or civil commotion.

7.  **Aircraft or Vehicles**, meaning only direct loss resulting from actual physical contact of an aircraft or a vehicle with the property covered, except that loss by aircraft includes direct loss by objects falling therefrom. Underwriters shall not be liable for loss:

   a)  by any vehicle owned or operated by a mortgagor or by any tenant of the described premises;
   b)  by any vehicle to fences, driveways, walks; of
   c)  to any aircraft or vehicle including its contents other than stocks of aircraft or vehicles in process of manufacture or for sale,

8.  **Vandalism or Malicious Mischief, meaning only the** willful and malicious damage to or destruction of the property covered. Underwriters shall not be liable for loss:

   a)  to glass (other than glass building blocks) constituting part of a building, structure or an outside sign;
   b)  by pilferage, theft, burglary or larceny, except Underwriters shall be liable for willful damage to the building(s) covered caused by burglars in gaining entrance to or exit from the building(s) or any part of the building(s);
   c)  if the described building (s) had been vacant beyond a period of 30 consecutive days immediately preceding the loss, unless Underwriters has been notified of such vacancy, the appropriate premium has been paid therefor and you have secured the property and conducted periodic inspections of the interior and exterior. ("Vacant" means containing no contents or only minimal contents pertaining to operations or activities customary to occupancy of the building).

## SECTION V - EXCLUSIONS

1) **Electrical Apparatus**: Underwriters shall not be liable for any loss resulting from any electrical injury or disturbance to electrical appliances, devices, fixtures or wiring caused by electrical currents artificially generated unless fire as insured against ensues.

2) **Nuclear** Clause (Not applicable in New York): The word "fire" in this Certificate or endorsements attached hereto is not intended to and does not embrace nuclear reaction or nuclear radiation or radioactive contamination, all whether controlled or uncontrolled, and loss by nuclear reaction or nuclear radiation or radioactive contamination is not intended to be and is not insured against by this Certificate or said endorsements, whether such loss be direct or indirect, proximate or remote, or be in whole or in part caused by, contributed to, or aggravated by 'fire" and other perils   insured against by this Certificate or said endorsements; however, subject to the foregoing and all provisions of this Certificate, direct loss by 'Tire" resulting from nuclear reaction or nuclear radiation or radioactive contamination is insured against by this Certificate.

3) **Nuclear Clause** (Applicable in New York): This Certificate does not cover loss or damage caused by nuclear reaction or nuclear radiation or radioactive contamination, all whether directly or indirectly resulting from an insured peril under this Certificate.

4) **Nuclear Exclusion** (Not applicable in New York); (this clause applies to all perils insured against hereunder except the perils of fire and lightning, which are otherwise provided for in the Nuclear clause above): Loss by nuclear reaction or nuclear radiation or radioactive contamination, all whether controlled or uncontrolled, or due to any act or condition incident to any of the foregoing is not insured against by this Certificate, whether such loss be direct or indirect, proximate or remote, or be in whole or in part caused by, contributed to, or aggravated by any of the perils insured against by this Certificate; and nuclear reaction or nuclear radiation or radioactive contamination, all whether controlled or uncontrolled, is not "explosion" or "smoke".

5) **Ordinance or Law**, meaning the enforcement of any ordinance, regulation or law regarding the construction, repair. demolition, occupancy, sale or relocation of the property unless specifically provided under this Certificate.

6) **Power Failure:** We shall not be liable for loss caused directly or indirectly by the interruption of power or other utility service furnished to the described premises if the interruption takes place away from the described premises. If a Peril Insured Against ensues on the described premises, we shall be liable for only its proportion of loss caused by the ensuing peril.

7) **War Risk:** War, including undeclared war, civil war, insurrection, rebellion, revolution, warlike act of a military force or military personnel, destruction or seizure or use for a military purpose, and including any consequence of any of these. Discharge of a nuclear weapon shall be deemed a warlike act even if accidental.

8) **Water**, meaning:

   a) **Flood**, surface water, waves, tidal wave or overflow of a body of water we do not cover spray from any of these, whether or  not driven by wind;

   b) **Water** which backs up through sewers or drains; or

   c) **Water** below the surface of the ground. This includes water which exerts pressure on or flows, seeps or leaks through any part of a building. We do cover direct loss that follows caused by fire or explosion.

9) **Earth Movement,** including but not limited to earthquake, land shock waves or tremors before, during or after a volcanic eruption, volcanic ash, landslide, rockslide, mud flow, earth sinking, rising or shifting. We do cover direct loss that follows caused by fire or explosion.

10) **Neglect**, meaning neglect to use all reasonable means to save arid preserve property at and after the time of a loss, or when property is endangered by a Peril Insured Against.

11) **Intentional Act,** meaning an action by or at the direction of you or any borrower committed with the intent to cause a

CGI 03 (12/06)                                         3

loss or damage, This exclusion applies even if the person committing the act is insane, intoxicated or otherwise impaired if a person without that impairment would have committed such an act with the intent to cause loss or damage.

## SECTION VI - CONDITIONS

1) **Certificate Period**. This Certificate applies only to loss which occurs while the coverage is in effect.

2) **Insurable Interest and Limit of Liability.**  Even if more than one person has an insurable interest in the property covered, we shall not be liable:

   a)  for an amount greater than your and the mortgagors interest in the property covered; or
   b)  for more than the Limit of Recovery that applies.

3) **Concealment of Fraud**. This entire Certificate is void if you or the mortgagor has intentionally concealed or misrepresented any material fact or circumstance relating to any aspect of this insurance or acted fraudulently or made false statements relating to any aspect of this insurance, whether before or after a loss. Such acts or act by the mortgagor will bar recovery by any person except as provided in this Certificate with respect to your interest.

4) **Your and the Mortgagor's Duties After Loss.** In case of a loss to which this insurance may apply, you and the mortgagor shall see that the following duties are performed:

   a)  give us immediate written notice;
   b)  protect the property from further damage, making necessary and reasonable repairs to protect the property, and keep an accurate record of repair expenditures. If you or the mortgagor fail to do so, we will not pay for any further damage. We will not reimburse for the costs of repairs unless records and receipts are provided;
   c)  make a list of all damaged or destroyed properly showing in detail quantities, costs, actual cash value, amount of loss claimed and any other information we may require. Attach all bills, receipts and related documents that substantiates the figures in the list;
   d)  send to us within 60 days after loss the above list and a proof of loss signed and sworn to by you and the
   e)  mortgagor, including:
       1)  the time and cause of loss;
       2)  the interest of you, the mortgagor and all others in the property;
       3)  all encumbrances on the property;
       4)  other insurance which may cover the loss;
       5)  changes in title, use, occupancy or possession of the property; and
       6)  if required, any plans and specifications of the damaged buildings.
   f)  exhibit the damaged property to us or our representative as often as may be required; as often as we may require, submit to examinations under oath by any person named by us and sign the transcript of the examinations;
   g)  produce for examination, with permission to copy, any records and documents that we may require;
   h)  in the event of a vandalism or malicious mischief loss, report the occurrence to the police immediately.

5) **Loss Settlement**. Covered properly losses are settled as follows:
   a)  All property except Tenant's Improvements and Betterments at actual cash value except as provided below or by endorsement.
   b)  Tenant's Improvements and Betterments:
       (1) If repaired or replaced at the expense of you or the mortgagor within a reasonable time after loss, the actual cash value of the damaged or destroyed improvements and betterments limit.
       (2) If not repaired or replaced at the expense of you or the mortgagor within a reasonable time after loss, that proportion of the original cost at the time of installation of the damaged or destroyed property which the unexpired term of the lease or rental agreement, whether written or oral, in effect at the time of loss bears to the periods from the date such improvements or betterments were made to the expiration of the lease.

6) **Other Insurance.** THIS INSURANCE IS EXCESS INSURANCE. If there is any other valid and collectible insurance which would attach if the insurance provided under this Certificate had not been effected, this insurance shall apply only as excess insurance and in no event as contributing insurance, and then only after all other insurance has been exhausted.

7) **Appraisal.** If you and we fail to agree on the amount of loss, either can demand that the amount of the loss be set by appraisal. If either makes a written demand for appraisal, each shall select a competent, independent appraiser and notify the other of the appraiser's identity within **20** days of receipt of the written demand. The two appraisers shall then select a competent, impartial umpire. The appraisers shall then set the amount of the loss. If the appraisers submit a written report of agreement to us, the amount agreed upon shall be the amount of the loss. If the appraisers fail to agree within a reasonable time, they shall submit their differences to the umpire. Written agreement signed by any two of these three shall set the amount of the loss. Each appraiser shall be paid by the party selecting that appraiser. Other expenses of the appraisal and the compensation of the umpire shall be paid equally by you and us.

8) **Subrogation**. You or the mortgagor may waive in writing before a loss all rights of recovery against any person. If not waived; we may require an assignment of rights of recovery for a loss to the extent that payment is made by us. If an assignment is sought, you and the mortgagor shall sign and deliver all related papers and cooperate with us in any reasonable manner.

9) **Suit Against Us.** No action shall be brought unless there has been compliance with the Certificate provisions and the action is started within one year after the loss.

10) **Loss Payment.** We will adjust any loss with you and the mortgagor. We will pay you to the extent of your interest in the property. You hereby direct that any benefits due which are in excess of your interest in the property be paid to the mortgagor. Payment for loss will be made within 60 days after we receive a proper proof of loss and
   a) we reach an agreement with you; or
   b) there is an entry of final judgment; or
   c) there is a filing of an appraisal award with us.

11) **Abandonment of Property.** We need not accept any property abandoned by you or the mortgagor.

12) **No Benefit to Bailee.** Regardless of any other provision of this Certificate, we will not honor an assignment nor extend coverage to a bailee.  A bailee is a person or entity to whom you or the mortgagor have given possession of insured property.

13) **Cancellation**.
   You may cancel this Certificate at any time by returning it to us or by notifying us in writing of the date cancellation is to take effect. The date of cancellation may be no more than 120 days prior to the date of notification to us, without the approval of Underwriters.

   a) We may cancel this Certificate by giving you 30 days notice in writing of the date cancellation takes effect, with the exception of cancellation for nonpayment of premium which shall be a minimum of 10 days advance written notice. This cancellation notice may be delivered to you, or mailed to you at your mailing address shown in the Declarations. Proof of mailing shall be sufficient proof of notice.
   b) When this Certificate is cancelled, the premium paid for coverages beyond the date of cancellation will be refunded. The return premium will be pro rata.
   c) If the return premium is not refunded with the notice of cancellation or when this Certificate is returned to us, we will refund it within a reasonable time after the date cancellation takes effect.

14) **Non-Renewal.** We may elect not to renew this Certificate. We may do so by delivering to you or mailing to you at your mailing address shown in the Declarations, written notice at least 10 days before the expiration date of this Certificate. Proof of mailing shall be sufficient proof of notice. Our failure to send such a notice within the time prescribed obligates us to renew coverages if you pay the premium before the expiration date.

15) **Liberalization Clause.** If we adopt any revision which would broaden the coverage under this Certificate without additional premium within 60 days prior to or during the Certificate period, the broadened coverage will immediately apply to this Certificate.

16) **Waiver or Change of Certificate Provisions.** A waiver or change of any provision of this Certificate must be in writing by us to be valid.

17) **Assignment**. Assignment of this Certificate shall not be valid unless we give our written consent.

18) **Your Interest.**

    a) Your interest will not be impaired by any act or neglect of the mortgagor, provided you:

        1) notify us of any change in occupancy, ownership, or substantial change in risk as soon as you become aware of such change; and

        2)  pay any premium when due under this Certificate.

    b) If we pay you for any loss and do not pay the mortgagor, we are subrogated to all of your rights granted under the mortgage on the property and may require a partial assignment of the mortgage to the extent of payment made.

    c) At our option, we may pay you the whole principal on the mortgage. In this event, we will receive a full assignment and transfer of the mortgage and all securities held as collateral to the debt.

Subrogation will not impair your right to recover the full amount of your claim.

### SECTION VII - OTHER PROVISIONS

1. **Inspection of Property and Operations:** We and any person or organization making inspections on our benefit shall be permitted but not obligated to inspect the mortgagor's property and operations at any time. Neither our right and the right of any person or organization to make such inspections nor the making thereof nor any report thereon shall constitute an undertaking, on behalf of or for the benefit of the named insured or others, to determine or warrant that such property or operations are safe or healthful, or are in compliance with any law, rule or regulations.

2. **Protective Safeguards:** It is a condition of this insurance that you and the mortgagor shall maintain so far as is within your or the mortgagor's control such protective safeguards as are set forth by endorsement hereto. Failure to maintain such protective safeguards shall suspend this insurance, only as respects the location or situation affected, for the time of such discontinuance.

# UNDERWRITERS AT LLOYD'S, LONDON
*(Hereinafter called the Underwriters)*

# BLANKET MORTGAGE SECURITY CERTIFICATE
## GENERAL CHANGE ENDORSEMENT
(To be attached to Master Certificate)

Endorsement # 1

This endorsement, effective _____ September 19, 2019 _____ forms a part of Master Certificate No. ____ 406700 ____

issued to _____ Ronald Wish _____ by the Underwriters.

In consideration of the basis upon which this Certificate has been issued it is agreed between the Named Insured Mortgagee and Underwriters that the following will apply to the Master Certificate.

This policy is subject to New York Surplus Lines Tax of 3.6% and .17% Stamping Fee.

*Due to changes required since the enactment of the NRRA, if any of your risks are located in a state other than the home state of this policy additional taxes may apply.*

The prevailing rate for coverage shall be $1.00 per $100 for Residential Properties, in all 1st Tier Counties in Coastal States of TX, LA, AL, MS, GA, SC & NC.

The prevailing rate for coverage shall be $1.60 per $100 for all Florida Properties other than in the Following Counties: Broward, Charlotte, Collier, Glades, Hendry, Lee, Miami-Dade, Monroe and Palm Beach, of which the rate shall be $3.20 per $100

**\*\*\*The prevailing rate for coverage shall be the greater of the rates outlined above or the base rates as outlined on the Declarations Page CGI 00\*\*\***

All other terms and conditions of this Certificate shall remain in full force and effect.

In witness whereof, Underwriters have caused this endorsement to be executed by a duly authorized representative.

_____
Authorized Representative

CGI 05 (10/06)

# UNDERWRITERS AT LLOYD'S, LONDON
*(Hereinafter called the Underwriters)*

# BLANKET MORTGAGE SECURITY CERTIFICATE
## GENERAL CHANGE ENDORSEMENT
### (To be attached to Master Certificate)

Endorsement # 2

This endorsement, effective_____ September 19, 2019 _____forms a part of Master Certificate No. ____406700__

issued to_____ Ronald Wish _____ by the Underwriters.

In consideration of the basis upon which this Certificate has been issued it is agreed between the Named Insured Mortgagee and Underwriters that the following will apply to the Master Certificate.

# DEDUCTIBLE ENDORSEMENT

In consideration of the basis on which this Policy has been issued and premiums collected, it is agreed between the Named Insured and the Company that the deductible provision of the Blanket Mortgage Security Policy is amended as follows:

E. 1.   Residential Property:

A deductible of $ 5,000.00 shall apply to each peril or occurrence, except for vandalism and malicious mischief for which a deductible of $5,000.00 shall apply.

2.   Commercial Property:

A deductible of $ 5,000.00 shall apply to each peril or occurrence, except for vandalism and malicious mischief for which a deductible of $5,000.00 shall apply.

3.   Mobile Homes:

A deductible of $ 5,000.00 shall apply to each peril or occurrence, except for vandalism and malicious mischief for which a deductible of $5,000.00 shall apply.

All other terms and conditions of this Certificate shall remain in full force and effect.

In witness whereof, Underwriters have caused this endorsement to be executed by a duly authorized representative.

_____*Erline H. Montcriffe*_____
Authorized Representative

CGI 05 (10/06)

# UNDERWRITERS AT LLOYD'S, LONDON
### *(Hereinafter called the Underwriters)*

# BLANKET MORTGAGE SECURITY CERTIFICATE
## GENERAL CHANGE ENDORSEMENT
### (To be attached to Master Certificate)

Endorsement # 3

This endorsement, effective _____ September 19, 2019 _____ forms a part of Master Certificate No._____ 406700 __

issued to_____ Ronald Wish _____ by Underwriters.

In consideration of the basis upon which this Certificate has been issued it is agreed between the Named Insured Mortgagee and Underwriters that the following will apply to the Master Certificate.

       DWELLING PROPERTY 3A AMENDED FORM CGI 02(10/10) is amended as follows:

         The following PERILS INSURED AGAINST are hereby deleted:

    4. theft of any property which is not actually part of any dwelling or other structure covered
    5. theft in or to a dwelling or other structure under construction

        The following EXCLUSION is hereby added:

    GENERAL EXCLUSIONS:
    A.   9)  **THEFT**

All other terms and conditions of this Certificate shall remain in full force and effect.

In witness whereof, Underwriters have caused this endorsement to be executed by a duly authorized representative.

_____
               Authorized Representative

CGI 05 (10/06)

# UNDERWRITERS AT LLOYD'S, LONDON
*(Hereinafter called the Underwriters)*

# BLANKET MORTGAGE SECURITY CERTIFICATE
## GENERAL CHANGE ENDORSEMENT
(To be attached to Master Certificate)

Endorsement # 4

This endorsement, effective _____ September 19, 2019 _____ forms a part of Master Certificate No. _____ 406700 __

issued to _____ Ronald Wish _____ by Underwriters.

In consideration of the basis upon which this Certificate has been issued it is agreed between the Named Insured Mortgagee and Underwriters that the following will apply to the Master Certificate.


   The following entities are added as additional named insured as their interests may appear:


Ronald Wish MD GRSA PC 401K PSP

Wish Holdings LLC

Ron Wish LLC


RJOX, LLC
112 Highmount
Nyack NY 10960



All other terms and conditions of this Certificate shall remain in full force and effect.

In witness whereof, Underwriters have caused this endorsement to be executed by a duly authorized representative.


_____
Authorized Representative


CGI 05 (10/06)

# UNDERWRITERS AT LLOYD'S, LONDON
*(Hereinafter called the Underwriters)*

# BLANKET MORTGAGE SECURITY CERTIFICATE
## DEMOLITION AND FORECLOSURE EXPENSE ENDORSEMENT
(To be attached to Master Certificate)

This endorsement, effective_____ September 19, 2019 _____forms a part of Master Certificate No. _____406700___

issued to_____ Ronald Wish _____ by the Underwriters.

In consideration of the basis upon which this Certificate has been issued it is agreed between the Named Insured Mortgagee and Underwriters that the following will apply to the Master Certificate

If there is a total loss to a building covered by this Certificate and resulting from a Peril Insured Against, we will provide an additional amount of insurance to cover loss due to demolition and foreclosure expenses incurred.

The additional amount of insurance will be the lesser of:

a) $5,000 per occurrence, or
b) Ten percent (10%) of the amount of insurance applicable to the insured property.

All other terms and conditions of this Certificate shall remain in full force and effect

In witness whereof, the Underwriters have caused this endorsement to be executed by a duly authorized representative.

_____
Authorized Representative

CGI 08 (10/06)

# UNDERWRITERS AT LLOYD'S, LONDON
*(Hereinafter called the Underwriters)*

# BLANKET MORTGAGE SECURITY CERTIFICATE
## TEXAS WINDSTORM, HURRICANE
## AND HAIL DEDUCTIBLE ENDORSEMENT
(To be attached to Master Certificate)

This endorsement, effective _____ September 19, 2019 _____ forms a part of Master Certificate No. ___ 406700 ___

issued to _____ Ronald Wish _____ by the Underwriters.

In consideration of the basis upon which this Certificate has been issued it is agreed between the Named Insured Mortgagee and Underwriters that the following will apply to the Master Certificate.

This Certificate insures against loss caused by, resulting from, or contributed to by windstorm, hurricane, or hail in the following Texas counties:

| | | |
|---|---|---|
| Aransas | Chambers | Kenedy |
| Orange | Brazoria | Galveston |
| Kleberg | Refugio | Calhoun |
| Jackson | Matagorda | San Patricio |
| Cameron | Jefferson | Nueces |
| Willacy | San Jacinto | Montgomery |
| Jasper | Hardin | Liberty |
| Harris | Fort Bend | |

This Windstorm, Hurricane, or Hail Deductible Endorsement shall have a deductible which is the greater of $ __5,000 or _5 %_ of the Insured Amount and does not exclude coverage for the following provided the Certificate to which this endorsement is attached affords these coverages:

A. Loss resulting from rain or wind-driven rain, which does not enter the insured building or structure through an opening, created by the force of wind or hail.
B. Consequential Loss -(Off Premises).

All other terms and conditions of this Certificate shall remain in full force and effect.

In witness whereof, the Underwriters have caused this endorsement to be executed by a duly authorized representative.

_____
Authorized Representative

# UNDERWRITERS AT LLOYD'S, LONDON
*(Hereinafter called the Underwriters)*

# BLANKET MORTGAGE SECURITY CERTIFICATE
## MISSISSIPPI WINDSTORM, HURRICANE
## AND HAIL DEDUCTIBLE ENDORSEMENT
(To be attached to Master Certificate)

This endorsement, effective_____September 19, 2019_____forms a part of Master Certificate No. ____406700__

issued to_____Ronald Wish_____ by the Underwriters.

In consideration of the basis upon which this Certificate has been issued it is agreed between the Named Insured Mortgagee and Underwriters that the following will apply to the Master Certificate.

This Certificate insures against loss caused by, resulting from, or contributed to by windstorm, hurricane, or hail in the following Mississippi counties:

Jackson
Harrison
Hancock
Pearle River

This Windstorm, Hurricane, or Hail Deductible Endorsement shall have a deductible which is the greater of $   5,000 or  5 % of the Insured Amount and does not exclude coverage for the following provided the Certificate to which this endorsement is attached affords these coverages:

A. Loss resulting from rain or wind-driven rain, which does not enter the insured building or structure through an opening, created by the force of wind or hail.

B. Consequential Loss - (Off Premises)

All other terms and conditions of this Certificate shall remain in full force and effect

In witness whereof, Underwriters have caused this endorsement to be executed by a duly authorized representative.

_____
Authorized Representative

CGI 11A (10/06)

# UNDERWRITERS AT LLOYD'S, LONDON
*(Hereinafter called the Underwriters)*

# BLANKET MORTGAGE SECURITY CERTIFICATE
## LOUISIANA WINDSTORM, HURRICANE
## AND HAIL DEDUCTIBLE ENDORSEMENT
(To be attached to Master Certificate)

This endorsement, effective_____ September 19, 2019 _____forms a part of Master Certificate No. ____406700____

issued to_____ Ronald Wish _____ by the Underwriters.

In consideration of the basis upon which this Certificate has been issued it is agreed between the Named Insured Mortgagee and Underwriters that the following will apply to the Master Certificate.

This Certificate insures against loss caused by, resulting from, or contributed to by windstorm, hurricane, or hail in the following Louisiana parishes:

| | | | |
|---|---|---|---|
| Acadia | Iberville | Orleans | St. Martin |
| Ascension | Jefferson | Plaquemines | St. Mary |
| Assumption | Jefferson Davis | St. Bernard | St. Tammany |
| Calcasieu | Lafayette | St. Charles | Tangipahoa |
| Cameron | Lafourche | St. James | Terrebonne |
| Iberia | Livingston | St. John the Baptist | Vermilion |
| | | | West Baton Rouge |

This Windstorm, Hurricane, or Hail Deductible Endorsement shall have a deductible which is the greater of $___5,000__ or _5 %_ of the Insured Amount and does not exclude coverage for the following provided the Certificate to which this endorsement is attached affords these coverages:

A. Loss resulting from rain or wind-driven rain, which does not enter the insured building or structure through an opening, created by the force of wind or hail.
B. Consequential Loss - (Off Premises).

All other terms and conditions of this Certificate shall remain in full force and effect.

In witness whereof, Underwriters have caused this endorsement to be executed by a duly authorized representative.

_____
Authorized Representative

CGI 12A (03/09)

# UNDERWRITERS AT LLOYD'S, LONDON
*(Hereinafter called the Underwriters)*

# BLANKET MORTGAGE SECURITY CERTIFICATE
## FLORIDA WINDSTORM, HURRICANE
## AND HAIL DEDUCTIBLE ENDORSEMENT
(To be attached to Master Certificate)

This endorsement, effective_____ September 19, 2019 _____forms a part of Master Certificate No. ____406700____

issued to_____ Ronald Wish _____ by the Underwriters.

In consideration of the basis upon which this Certificate has been issued it is agreed between the Named Insured Mortgagee and the Underwriters that the following will apply to the Master Certificate.

This Certificate insures against loss caused by, resulting from, or contributed to by windstorm, hurricane, or hail in the following Florida counties:

| | | | |
|---|---|---|---|
| Bay | Franklin | Miami-Dade | St. Lucie |
| Brevard | Gulf | Monroe | Taylor |
| Broward | Hernando | Nassau | Volusia |
| Collier | Indian River | Okaloosa | Wakulla |
| Citrus | Jefferson | Palm Beach | Duval |
| Dixie | Lee | Santa Rosa | Levy |
| Escambia | Manatee | Sarasota | Pasco |
| Flagler | Martin | St. John's | Walton |

The following municipalities in **Pinellas County**:

Clearwater Beach
Dunedin Beach
St. Petersburg Beach

This Windstorm, Hurricane, or Hail Deductible Endorsement shall have a deductible which is the greater of $   5,000 or  5 % of the Insured Amount and does not exclude coverage for the following provided the Certificate to which this endorsement is attached affords these coverages:

A. Loss resulting from rain or wind-driven rain, which does not enter the insured building or structure through an opening, created by the force of wind or hail.
B. Consequential Loss - (Off Premises).

All other terms and conditions of this Certificate shall remain in full force and effect.

In witness whereof, Underwriters have caused this endorsement to be executed by a duly authorized representative.

_Erlina K. Montecillo_

Authorized Representative

CGI 13A (06/08)

# UNDERWRITERS AT LLOYD'S, LONDON
*(Hereinafter called the Underwriters)*

# BLANKET MORTGAGE SECURITY CERTIFICATE
## MOBILE HOME ENDORSEMENT
(To be attached to Master Certificate)

This endorsement, effective_____September 19, 2019_____forms a part of Master Certificate No. _____406700___

issued to_____Ronald Wish_____ by the Underwriters.

In consideration of the basis upon which this Certificate has been issued it is agreed between the Named Insured Mortgagee and Underwriters that the following will apply to the Master Certificate.

Blanket Mortgage Security Certificate, General Provisions C. Commercial Property, shall include "mobile home" Coverage and loss settlement, if applicable, shall be in accordance with General Property Amended Form (CGI 03), except that the deductible shall be **$500.00** applied to each peril or occurrence, regardless of occupancy status.

All other terms and conditions of this Certificate shall remain in full force and effect.

In witness whereof, Underwriters have caused this endorsement to be executed by a duly authorized representative.

_____
Authorized Representative

CGI 14 (10/06)

## UNDERWRITERS AT LLOYD'S, LONDON
*(Hereinafter called the Underwriters)*

# BLANKET MORTGAGE SECURITY CERTIFICATE
## ALABAMA WINDSTORM, HURRICANE
## AND HAIL DEDUCTIBLE ENDORSEMENT
(To be attached to Master Certificate)

This endorsement, effective_____September 19, 2019_____forms a part of Master Certificate No. _____406700___

issued to_____Ronald Wish_____ by the Underwriters.


In consideration of the basis upon which this Certificate has been issued it is agreed between the Named Insured Mortgagee and the Underwriters that the following will apply to the Master Certificate.

This Certificate insures against loss caused by, resulting from, or contributed to by windstorm, hurricane, or hail in the following Alabama counties:

Baldwin                    Mobile

This Windstorm, Hurricane, or Hail Deductible Endorsement shall have a deductible which is the greater of $   5,000   or  5 % of the Insured Amount and does not exclude coverage for the following provided the Certificate to which this endorsement is attached affords these coverages:

A. Loss resulting from rain or wind-driven rain, which does not enter the insured building or structure through an opening, created by the force of wind or hail.

B.  Consequential Loss - (Off Premises)


All other terms and conditions of this Certificate shall remain in full force and effect.

In witness whereof, Underwriters have caused this endorsement to be executed by a duly authorized representative.


_____
Authorized Representative

CGI 17A (10/06)

# UNDERWRITERS AT LLOYD'S, LONDON
*(Hereinafter called the Underwriters)*

## MANDATORY LIABILITY CLAUSES

## EXCLUSION - ASBESTOS AND RADON GAS

This insurance does not apply to liability arising out of:

(1)   Inhaling, ingesting or prolonged physical exposure to asbestos or goods or products containing asbestos; or

(2)   The use of asbestos in construction or manufacturing any goods, product or structure; or

(3)   The removal of or containment of asbestos from or within any goods, product or structure; or

(4)   The installation, manufacture, transportation, storage or disposal of asbestos or goods or products containing asbestos.

(5)   The presence of or causing to be exposed, any Radon Gas by the named insured or the insured's failure to detect, disclose or identify such presence of Radon Gas.

## EXCLUSION - ASSAULT AND BATTERY

This insurance does not apply to liability:

(1)   Expected or intended from the standpoint of any insured; or

(2)   Arising out of an assault or battery, provoked or unprovoked, or out of any act or omission in connection with prevention or suppression of an assault or battery, committed by any Insured or an employee or agent of the insured.

## EXCLUSION - COMMUNICABLE DISEASE

Notwithstanding anything contained in this insurance to the contrary, this insurance does not apply to liability arising out of claims, accusations or charges brought by or against any insured(s) for actual or alleged damages arising out of a communicable disease no matter how transmitted including, but not limited to, Acquired Immune Deficiency Syndrome (AIDS).

## EXCLUSION - ABSOLUTE ELECTROMAGNETISM

Regardless of any other provision of this insurance, this insurance does not apply to liability directly or indirectly caused by electromagnetism.

## EXCLUSION - LEAD CONTAMINATION

This insurance does not apply to:

(1)   Liability arising out of the ingestion, inhalation or absorption of lead in any form;

(2)   Any loss, cost or expense arising out of any request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of lead; or

(3)   Any loss, cost or expense arising out of any claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of lead.

CGI 19 (10/06)                                    1 of 2

## EXCLUSION - PUNITIVE OR EXEMPLARY DAMAGES

Regardless of any other provision of this insurance, this insurance does not apply to punitive or exemplary damages.

**N.M.A. 1933**

## EXCLUSION - VOLUNTARY LABOUR

This insurance does not apply to liability to any member, associate, affiliated member, or to any person or persons loaned to or volunteering services to you, whether or not paid by you, arising out of or in the course of work performed for you or on your behalf.

## EXCLUSION – VICIOUS/DANGEROUS ANIMAL

This insurance does not apply to liability to caused by or originating from a dangerous or vicious animal, including but not limited to reptiles, insects or vermin owned by or in the care, custody or control of you or any member of your household.

## EXCLUSION – ABSOLUTE POLLUTION

This insurance does not apply to liability which would have or has arisen or occurred in whole or in part arising out of the actual, alleged, or threatened discharge, dispersal, seepage, migration, release or escape of pollutants at any time; or any loss, cost or expense arising out of any

(1)  Request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of pollutants; or

(2) Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of pollutants

Pollutants means any solid, liquid, gaseous, or thermal irritant or contaminant including smoke, vapor, soot, fumes, acid, alkalis, chemicals, and waste.  Waste includes material to be recycled, reconditioned or reclaimed.

# UNDERWRITERS AT LLOYD'S, LONDON
*(Hereinafter called the Underwriters)*

**MANDATORY CLAUSES**

## WAR AND CIVIL WAR EXCLUSION CLAUSE

*(Approved by Lloyd's Underwriters' Fire and Non-Marine Association.)*
Notwithstanding anything to the contrary contained herein this Certificate does not cover Loss or Damage directly or indirectly occasioned by, happening through or in consequence of war, invasion, acts of foreign enemies, hostilities (whether war be declared or not), civil war, rebellion, revolution, insurrection, military or usurped power or confiscation or nationalization or requisition or destruction of or damage to property by or under the order of any government or public or local authority.

**N.M.A. 464**

## RADIOACTIVE CONTAMINATION EXCLUSION CLAUSE - PHYSICAL DAMAGE - DIRECT

*(Approved by Lloyd's Underwriters' Fire and Non-Marine Association.)*

This Certificate does not cover any loss or damage arising directly or indirectly from nuclear reaction nuclear radiation or radioactive contamination however such nuclear reaction nuclear radiation or radioactive contamination may have been caused * NEVERTHELESS if Fire is an insured peril and a Fire arises directly or indirectly from nuclear reaction nuclear radiation or radioactive contamination any loss or damage arising directly from that Fire shall (subject to the provisions of this Certificate) be covered EXCLUDING however all loss or damage caused by nuclear reaction nuclear radiation or radioactive contamination arising directly or indirectly from that Fire.
* Note - If Fire is not an insured peril under this Certificate the words from "NEVERTHELESS" to the end of the clause do not apply and should be disregarded.
**N.M.A. 1191**

## CANCELLATION CLAUSE

*(Approved by Lloyd's Underwriters' Non-Marine Association)*
NOTWITHSTANDING anything contained in this Insurance to the contrary this Insurance may be cancelled by the Assured at any time by written notice or by surrendering of this contract of insurance.  This insurance may also be cancelled by or on behalf of the Underwriters by delivering to the Assured or by mailing to the Assured, by registered, certified or other first class mail, at the Assured's address as shown in this Insurance, written notice stating when, not less than 10 days thereafter, the cancellation shall be effective.  The mailing of notice as aforesaid shall be sufficient proof of notice and this Insurance shall terminate at the date and hour specified in such notice.

If this Insurance shall be cancelled by the Assured the Underwriters shall retain the customary short rate proportion of the premium hereon, except that if this Insurance is on an adjustable basis the Underwriters shall receive the earned premium hereon or the customary short rate proportion of any minimum premium stipulated herein whichever is the greater.

If this Insurance shall be cancelled by or on behalf of the Underwriters the Underwriters shall retain the pro rata proportion of the premium hereon, except that if this Insurance is on an adjustable basis the Underwriters shall receive the earned premium hereon or the pro rata proportion of any minimum premium stipulated herein whichever is the greater.

Payment or tender of any unearned premium by the Underwriters shall not be a condition precedent to the effectiveness of Cancellation but such payment shall be made as soon as practicable. If the period of limitation relating to the giving of notice is prohibited or made void by any law controlling the construction thereof, such period shall be deemed to be amended so as to be equal to the minimum period of limitation permitted by such law.

**N.M.A. 1331**

## SERVICE OF SUIT CLAUSE (U.S.A.)

It is agreed that in the event of the failure of the Underwriters hereon to pay any amount claimed to be due hereunder, the Underwriters hereon, at the request of the Insured (or Reinsured), will submit to the jurisdiction of a Court of competent jurisdiction within the United States.  Nothing in this Clause constitutes or should be understood to constitute a waiver of Underwriters' rights to commence an action in any Court of competent jurisdiction in the United States, to remove an action to a United States District Court, or to seek a transfer of a case to another Court as permitted by the laws of the United States or of any State in the United States.  It is further agreed that service of process in such suit may be made upon

Mendes & Mount,
750 7th Avenue,
New York 10019 6829
U.S.A.

and that in any suit instituted against any one of them upon this contract, Underwriters will abide by the final decision of such Court or of any Appellate Court in the event of an appeal.

The above-named are authorized and directed to accept service of process on behalf of Underwriters in any such suit and/or upon the request of the Insured (or Reinsured) to give a written undertaking to the Insured (or Reinsured) that they will enter a general appearance upon Underwriters' behalf in the event such a suit shall be instituted.

Further, pursuant to any statute of any state, territory or district of the United States which makes provision therefore, Underwriters hereon designate the Superintendent, Commissioner or Director of Insurance or other officer specified for that purpose in the statute, or his successor or successors in office, as their true and lawful attorney upon whom may be served any lawful process in any action, suit or proceeding instituted by or on behalf of the Insured (or Reinsured) or any beneficiary hereunder arising out of this contract of insurance (or reinsurance), and hereby designate the above-named as the person to whom the said officer is authorized to mail such process or a true copy thereof.

**N.M.A. 1998**

## SEEPAGE AND/OR POLLUTION AND/OR CONTAMINATION (COMBINED CLAUSE)

LAND, WATER AND AIR EXCLUSION

Notwithstanding any provision to the contrary within the Certificate of which this Endorsement forms part (or within any other Endorsement which forms part of this Certificate), this Certificate does not insure land (including but not limited to land on which the insured property is located), water or air, however and wherever occurring, or any interest or right therein.

SEEPAGE AND/OR POLLUTION AND/OR CONTAMINATION EXCLUSION

Notwithstanding any provision to the contrary within the Certificate of which this Endorsement forms part (or within any other Endorsement which forms part of this Certificate), this Certificate does not insure:

      a) any loss, damage, cost or expense, or

      b) any increase in insured loss, damage, cost or expense, or

      c) any loss, damage, cost, expense, fine or penalty, which is incurred, sustained or imposed by order,

direction, instruction or request of, or by any agreement with, any court, government agency or any public,

civil or military authority, or threat thereof, (and whether or not as a result of public or private litigation),

which arises from any kind of seepage or any kind of pollution and/or contamination, or threat thereof, whether or not caused by or resulting from a peril insured, or from steps or measures taken in connection with the avoidance, prevention, abatement, mitigation, remediation, clean-up or removal of such seepage or pollution and/or contamination or threat thereof.

The term 'any kind of seepage or any kind of pollution and/or contamination' as used in this Endorsement includes (but is not limited to):

(a) seepage of, or pollution and/or contamination by, anything, including but not limited to, any material designated as a 'hazardous substance' by the United States Environmental Protection Agency or as a 'hazardous material' by the United States Department of Transportation, or defined as a 'toxic substance' by the Canadian Environmental Protection Act for the purposes of Part II of that Act, or any substance designated or defined as toxic, dangerous, hazardous or deleterious to persons or the environment under any other Federal, State, Provincial, Municipal or other law, ordinance or regulation; and

(b) the presence, existence, or release of anything which endangers or threatens to endanger the health, safety or welfare of persons or the environment.

DEBRIS REMOVAL ENDORSEMENT

THIS ENDORSEMENT CONTAINS PROVISIONS WHICH MAY LIMIT OR PREVENT RECOVERY UNDER THIS CERTIFICATE FOR LOSS WHERE COSTS OR EXPENSES FOR DEBRIS REMOVAL ARE INCURRED.

Nothing contained in this Endorsement shall override any Seepage and/or Pollution and/or Contamination Exclusion or any Radioactive Contamination Exclusion or any other Exclusion applicable to this Certificate.

Any provision within this Certificate (or within any other Endorsement which forms part of this Certificate) which insures debris removal is cancelled and replaced by the following:

1. In the event of direct physical damage to or destruction of property, for which Underwriters hereon agree to pay, or which but for the application of a deductible or underlying amount they would agree to pay (hereinafter referred to as 'Damage or Destruction'), this Certificate also insures, within the sum insured, subject to the limitations and method of calculation below, and to all the other terms and conditions of the Certificate, costs or expenses;

   a) which are reasonably and necessarily incurred by the Assured in the removal, from the premises of the Assured at which the Damage or Destruction occurred, of debris which results from the Damage or Destruction; and

   b) of which the Assured becomes aware and advises the amount thereof to Underwriters hereon within one year of the commencement of such Damage or Destruction.

2. In calculating the amount, if any, payable under this Certificate for loss where costs or expenses for removal of debris are incurred by the Assured (subject to the limitations in paragraph 1 above):

   a) the maximum amount of such costs or expenses that can be included in the method of calculation set out in (b) below shall be the greater of U.S. $25,000 (twenty-five thousand dollars) or 10% (ten percent) of the amount of the Damage or Destruction from which such costs or expenses result; and

   b) the amount of such costs or expenses as limited in (a) above shall be added to:

      i. the amount of the Damage or Destruction; and

      ii. all other amounts of loss, which arise as a result of the same occurrence, and for which Underwriters hereon also agree to pay, or which but for the application of a deductible or underlying amount they would agree to pay; and   the resulting sum shall be the amount to which any deductible or underlying amount to which this Certificate is subject and the limit (or applicable sub-limit) of this Certificate, shall be applied.

**N.M.A. 2340**

# UNDERWRITERS AT LLOYD'S, LONDON
*(Hereinafter called the Underwriters)*

### SEVERAL LIABILITY NOTICE

The subscribing insurers' obligations under contracts of insurance to which they subscribe are several and not joint and are limited solely to the extent of their individual subscriptions.   The subscribing insurers are not responsible for the subscription of any co-subscribing insurer who for any reason does not satisfy all or part of its obligations.

**LSW 1001 (Insurance) 08/94**

# UNDERWRITERS AT LLOYD'S, LONDON

*(Hereinafter called the Underwriters)*

**MANDATORY CLAUSES**

**BIOLOGICAL OR CHEMICAL MATERIALS EXCLUSION CLAUSE**

It is agreed that this Insurance excludes loss, damage, cost or expense of whatsoever nature directly or indirectly caused by, resulting from or in connection with the actual or threatened malicious use of pathogenic or poisonous biological or chemical materials regardless of any other cause or event contributing concurrently or in any other sequence thereto.

NMA2962

**ELECTRONIC DATE RECONITION EXCLUSION CLAUSE**

This policy does not cover any loss, damage, cost, claim or expense, whether preventative, remedial or otherwise, directly or indirectly arising out of or relating to:

a)  the calculation, comparison, differentiation, sequencing or processing of data involving the date change to the year 2000, or any other date change, including leap year calculations, by any computer system, hardware, program or software and/or any microchip, integrated circuit or similar device in computer equipment or non-computer equipment, whether the property of the insured or not; or

b)  any change, alteration, or modification involving the date change to the year 2000, or any other date change, including leap year calculations, to any such computer system, hardware, program or software and/or any microchip, integrated circuit or similar device in computer equipment or non-computer equipment, whether the property of the insured or not.

This clause applies regardless of any other cause or event that contributes concurrently or in any sequence to the loss, damage, cost, claim or expense.

NMA2802

**ELECTRONIC DATA CLAUSE**

1) **Electronic Data Exclusion**

Notwithstanding any provision to the contrary within the Policy or any endorsement thereto, it is understood and agreed as follows:-

a)   This Policy does not insure loss, damage, destruction, distortion, erasure, corruption or alteration of ELECTRONIC DATA from any cause whatsoever (including but not limited to COMPUTER VIRUS) or loss of use, reduction in functionality, cost, expense of whatsoever nature resulting therefrom, regardless of any other cause or event contributing concurrently or in any other sequence to the loss.

ELECTRONIC DATA means facts, concepts and information converted to a form useable for communications, interpretation or processing by electronic and electromechanical data processing or electronically controlled equipment and includes programmes, software and other coded instructions for the processing and manipulation of data or the direction and manipulation of such equipment.

COMPUTER VIRUS means a set of corrupting, harmful or otherwise unauthorised instructions or code including a set of maliciously introduced unauthorised instructions or code, programmatic or otherwise, that propagate themselves through a computer system or network of whatsoever nature. COMPUTER VIRUS includes but is not limited to 'Trojan Horses', 'worms' and 'time or logic bombs'.

b)   However, in the event that a peril listed below results from any of the matters described in paragraph (a) above, this Policy, subject to all its terms, conditions and exclusions, will cover physical damage occurring during the Policy period to property insured by this Policy directly caused by such listed peril.

**Listed Perils**

Fire
Explosion

2) **Electronic Data Processing Media Valuation**

Notwithstanding any provision to the contrary within the Policy or any endorsement thereto, it is understood and agreed as follows:-

Should electronic data processing media insured by this Policy suffer physical loss or damage insured by this Policy, then the basis of valuation shall be the cost of the blank media plus the costs of copying the ELECTRONIC DATA from back-up or from originals of a previous generation. These costs will not include research and engineering nor any costs of recreating, gathering or assembling such ELECTRONIC DATA. If the media is not repaired, replaced or restored the basis of valuation shall be the cost of the blank media. However this Policy does not insure any amount pertaining to the value of such ELECTRONIC DATA to the Assured or any other party, even if such ELECTRONIC DATA cannot be recreated, gathered or assembled.

NMA2915

## TERRORISM EXCLUSION CLAUSE

Notwithstanding any provision to the contrary within this insurance or any endorsement thereto it is agreed that this insurance excludes loss, damage, cost, or expense of whatsoever nature directly or indirectly caused by, resulting from, or in connection with any act of terrorism regardless of any other cause or event contributing or in any other sequence to the loss.

For the purpose of this endorsement an act of terrorism means an act, including but not limited to the use of force or violence and/or the threat thereof, of any person or group(s) of persons, whether acting alone or on behalf of or in connection with any organization(s) or governments(s), committed for political, religious, ideological, or similar purposes including the intention to influence any government and/or to put the public, or any section of the public, in fear.

This endorsement also excludes loss, damage, cost, or expense of whatsoever nature directly or indirectly caused by, resulting from or in connection with any action taken in controlling, preventing, suppressing, or in any way relating to any act of terrorism.

If the Underwriters allege that by reason of this exclusion, any loss, damage, cost, or expense is not covered by this insurance, the burden of proving the contrary shall be upon the Assured.

In the event, any portion of this endorsement is found to be invalid or unenforceable, the remainder shall remain in full force and effect.

All other terms and conditions of this policy shall remain unchanged.

NMA2920

# UNDERWRITERS AT LLOYD'S, LONDON
*(Hereinafter called the Underwriters)*

# BLANKET MORTGAGE SECURITY CERTIFICATE
## NORTH CAROLINA WINDSTORM, HURRICANE
## AND HAIL DEDUCTIBLE ENDORSEMENT
(To be attached to Master Certificate)

This endorsement, effective_____ September 19, 2019 _____forms a part of Master Certificate No. ____406700___

issued to_____ Ronald Wish _____ by the Underwriters.

In consideration of the basis upon which this Certificate has been issued it is agreed between the Named Insured Mortgagee and Underwriters that the following will apply to the Master Certificate.

This Certificate insures against loss caused by, resulting from, or contributed to by windstorm, hurricane, or hail in the following North Carolina counties:

| | |
|---|---|
| Beaufort | Jones |
| Brunswick | New Hanover |
| Camden | Onslow |
| Carteret | Pamlico |
| Chowan | Pasquotank |
| Craven | Pender |
| Currituck | Perquimans |
| Dare | Tyrrell |
| Hyde | Washington |

This Windstorm, Hurricane, or Hail Deductible Endorsement shall have a deductible which is the greater of $ 5,000 or 5 % of the Insured Amount and does not exclude coverage for the following provided the Certificate to which this endorsement is attached affords these coverages:

A. Loss resulting from rain or wind-driven rain, which does not enter the insured building or structure through an opening, created by the force of wind or hail.
B. Consequential Loss - (Off Premises).

All other terms and conditions of this Certificate shall remain in full force and effect

In witness whereof, the Underwriters have caused this endorsement to be executed by a duly authorized representative.

*Erline A. Montcriffe*

Authorized Representative

CGI 25A (04/08)

# UNDERWRITERS AT LLOYD'S, LONDON
*(Hereinafter called the Underwriters)*

# BLANKET MORTGAGE SECURITY CERTIFICATE
## GEORGIA WINDSTORM, HURRICANE
## AND HAIL DEDUCTIBLE ENDORSEMENT
(To be attached to Master Certificate)

This endorsement, effective_____ September 19, 2019 _____forms a part of Master Certificate No. ____406700__

issued to_____ Ronald Wish _____ by the Underwriters.

In consideration of the basis upon which this Certificate has been issued it is agreed between the Named Insured Mortgagee and Underwriters that the following will apply to the Master Certificate.

This Certificate insures against loss caused by, resulting from, or contributed to by windstorm, hurricane, or hail in the following Georgia counties:

Camden
Chatham
Glynn
Liberty
McIntosh

This Windstorm, Hurricane, or Hail Deductible Endorsement shall have a deductible which is the greater of $ _ 5,000 _ or 5 % of the Insured Amount and does not exclude coverage for the following provided the Policy to which this endorsement is attached affords these coverages:

A. Loss resulting from rain or wind-driven rain, which does not enter the insured building or structure through an opening, created by the force of wind or hail.
B. Consequential Loss - (Off Premises).

In witness whereof, the Underwriters have caused this endorsement to be executed by a duly authorized representative.

*Erline L. Montevilla*
Authorized Representative

CGI 26A (04/08)

# UNDERWRITERS AT LLOYD'S, LONDON
*(Hereinafter called the Underwriters)*

# BLANKET MORTGAGE SECURITY CERTIFICATE
## SOUTH CAROLINA WINDSTORM, HURRICANE
## AND HAIL DEDUCTIBLE ENDORSEMENT
(To be attached to Master Certificate)

This endorsement, effective _____ September 19, 2019 _____ forms a part of Master Certificate No. ____ 406700 ____

issued to _____ Ronald Wish _____ by the Underwriters.

In consideration of the basis upon which this Certificate has been issued it is agreed between the Named Insured Mortgagee and Underwriters that the following will apply to the Master Certificate.

This Certificate insures against loss caused by, resulting from, or contributed to by windstorm, hurricane, or hail in the following South Carolina counties:

Beaufort
Charleston
Colleton
Georgetown
Horry

This Windstorm, Hurricane, or Hail Deductible Endorsement shall have a deductible which is the greater of $ 5,000 or 5 % of the Insured Amount and does not exclude coverage for the following provided the Policy to which this endorsement is attached affords these coverages:

A. Loss resulting from rain or wind-driven rain, which does not enter the insured building or structure through an opening, created by the force of wind or hail.
B. Consequential Loss - (Off Premises).

All other terms and conditions of this Certificate shall remain in full force and effect

In witness whereof, the Underwriters have caused this endorsement to be executed by a duly authorized representative.

_____ *Erline K. Montcrieffe* _____
Authorized Representative

CGI 27A (04/08)

# UNDERWRITERS AT LLOYD'S, LONDON
*(Hereinafter called the Underwriters)*

### ABSOLUTE MICROORGANISM EXCLUSION

This policy does not insure any loss, damage, claim, cost, expense or other sum directly or indirectly arising out of or relating to:

mold, mildew, fungus. spores or other microorganism of any type, nature or description, including but not limited to any substance whose presence poses an actual or potential threat to human health.

This exclusion applies regardless whether there is (i) any physical loss or damage to insured property; (ii) any insured peril or cause, whether or not contributing concurrently or in any sequence; (iii) any loss of use, occupancy, or functionality; or (iv) any action required, including but not limited to repair, replacement, removal, cleanup, abatement, disposal, relocation, or steps taken to address medical or legal concerns.

This exclusion replaces and supersedes any provision in the policy that provides insurance, in whole or in part, for these matters.

All other terms, conditions, insured coverage and exclusions of this Insurance including applicable limits and deductibles remain unchanged and apply in full force and effect to the coverage provided by this Insurance.

LMA 5018

# UNDERWRITERS AT LLOYD'S, LONDON
*(Hereinafter called the Underwriters)*

**ASBESTOS ENDORSEMENT**

For and in consideration of the premium charged, it is understood and agreed that this policy does not extend to or provide coverage or indemnity for any claims, directly or indirectly, based upon, arising out of or related to:

A)  Asbestos or any asbestos related injury or damage; or

B)  Any alleged act, error, omission or duty involving asbestos, its use, exposure, presence, existence, detection, removal, elimination or avoidance of asbestos in any environment, building or structure.

C)  The use, exposure, presence, existence, detection, removal, elimination or avoidance of asbestos in any environment, building or structure.

All other terms and conditions of the policy remain unchanged.

LMA 5019

# UNDERWRITERS AT LLOYD'S, LONDON

*(Hereinafter called the Underwriters)*

**U.S. Terrorism Risk Insurance Act of 2002 as amended
Not Purchased Clause**

*This Clause is issued in accordance with the terms and conditions of the "U.S. Terrorism
Risk Insurance Act of 2002" as amended as summarized in the disclosure notice.*

It is hereby noted that the Underwriters have made available coverage for "insured losses" directly resulting from an "act of terrorism" as defined in the "U.S. Terrorism Risk Insurance Act of 2002", as amended ("TRIA") and the Insured has declined or not confirmed to purchase this coverage.

This Insurance therefore affords no coverage for losses directly resulting from any "act of terrorism" as defined in TRIA except to the extent, if any, otherwise provided by this policy.

All other terms, conditions, insured coverage and exclusions of this Insurance including applicable limits and deductibles remain unchanged and apply in full force and effect to the coverage provided by this Insurance.

LMA5219

12 January 2015

# SANCTION LIMITATION AND EXCLUSION CLAUSE

(Approved by Lloyd's Underwriters' Non-Marine Association)

No (re) insurer shall be deemed to provide cover and no (re)insurer shall be liable to pay any claim or provide any benefit hereunder to the extent that the provision of such cover, payment or such claim or provision of such benefit would expose that (re)insurer to any sanction, prohibition or restriction under United Nations resolutions or the trade or economic sanction, laws or regulations of the European Union, United Kingdom or United States of America.

LMA3100

Case 1:22-cv-01586-RLY-KMB   Document 1-1   Filed 02/24/22   Page 70 of 85 PageID #: 73

Filed: 7/5/2022 6:02 PM
Clerk
Marion County, Indiana

49D07-2207-PL-022429
Marion Superior Court 7



A202200058540

05/20/2022 07:04 AM
KATHERINE SWEENEY BELL
MARION COUNTY IN RECORDER
FEE: $ 35.00
PAGES: 2
By: ER

JTN

## RELEASE OF MORTGAGE

    *For Value Received*, the undersigned hereby releases the Mortgage from Best Inn Midwest L.L.C., an Indiana limited liability company to Ronald Wish, MD GRSA PC 401K Plan, dated December 18, 2017 and recorded December 28, 2017, as <u>Instrument No. A201700144065</u>, in the office of the Recorder of Marion County, Indiana.

    The undersigned hereby acknowledges that the indebtedness secured by the Mortgage has been paid and satisfied in full.

    *In Witness Whereof*, the undersigned has caused this Release of Mortgage to be executed this 4th day of May , 2022 .

Ronald Wish, MD GRSA PC 401K Plan

Signature: _____
Printed: *Ronald Wish*
Title: *President*

## ACKNOWLEDGEMENT

*STATE OF* New York )
                ) *SS:*
*COUNTY OF* Rockland )

Before me, a Notary Public in and for said County and State, personally appeared Ronald Wish as President of Ronald Wish, MD GRSA PC 401K Plan, who acknowledged the execution of the foregoing Release of Mortgage.

*Witness* my hand and Notarial Seal this 4 day of May , 2022

My Commission Expires: _____    Signature _____

My County of Residence: _____    Printed: _____

This instrument was prepared by JEFFREY R. LADE, Attorney at Law, 135 N. Pennsylvania Street, Suite 1575A, Indianapolis, Indiana 46204. File No. **102200232**
I affirm, under penalty of perjury, that I have taken reasonable care to redact each Social Security number in this document, unless required by law. Jeffrey R. Lade

KAREN S AYRES
01AY4668687
Notary Public, State of New York
Qualified in Rockland County
My commission expires MAY 18th, 20 23

49D07-2207-PL-022429

Marion Superior Court 7

Filed: 7/5/2022 6:02 PM
Clerk
Marion County, Indiana







# ORDER TO DEMOLISH & NOTICE OF HEARING

City of Indianapolis | Department of Business & Neighborhood Services | Division of Property Land Use Services

**ADDRESSEE:**

Best Inn Midwest Llc
12819 Se 38th St Unit 49
Bellevue, WA 98006-4811

**PROPERTY LOCATED AT:**

4505 S HARDING ST

**CASE NUMBER: DEM20-00141**

**DATE OF ISSUANCE: 2/24/2021**

**HEARING DATE: 03/30/2021**

**HEARING TIME: 1:00 PM**

**PARCEL: 5028257**

**LEGAL DESCRIPTION:**

PT SE1/4 S34 T15 R3 BEG
157.02FT E OF NW COR E
565.11FT S 407.79FT W
565FT N 396.69FT TO BEG
5.217AC
**STRUCTURE TYPE:** HOTEL

## ORDER TO DEMOLISH

A recent inspection conducted by the Department of Business & Neighborhood Services ("Enforcement Authority") of the above described property revealed it is not being maintained in accordance with the Indiana Unsafe Building Law, Indiana Code ("IC") 36-7-9, and Chapter 537 of the Revised Code of the Consolidated City of Indianapolis and Marion County ("Revised Code") and is structurally dangerous and warrants demolition. **You are hereby ordered to complete demolition of the structure or repair the structure to a condition that no longer warrants demolition by 03/30/2021. If compliance with this Order has not been achieved by this date, the Enforcement Authority may take further action under IC 36-7-9.**

_Michael ___

Michael Evans, Property Safety & Maintenance Inspector
Phone: 317-601-7781; Email: Michael.Evans@Indy.Gov

★
THE CITY OF

## NOTICE OF HEARING

**You are hereby notified that an administrative hearing, conducted pursuant to Ind. Code 36-7-9-7, will be held relative to this Order at 1:00 PM on 03/30/2021. Hearings will be held remotely, via WebEx video or phone conference. Sign-in begins one hour prior to the hearing time listed above; and cases are heard on a first-come, first-served basis. Please carefully review the Hearing Instructions below.** The party to whom this Order was issued, any party having a substantial property interest in the premises, and any other party with an interest in the proceeding are entitled to appear at the hearing, with or without legal counsel, to present evidence, cross-examine opposing witnesses, and present arguments to the Hearing Authority. At the hearing, the Hearing Authority may affirm, modify, or rescind this Order. If the Hearing Authority affirms this Order and finds there has been a willful failure to comply with the order, a civil penalty in an amount not to exceed five thousand dollars ($5,000.00) may be imposed. The Hearing Authority may also determine the property to be abandoned as provided in IC 36-7-37. If the party to whom this Order was issued fails to appear, the matter will be determined in your absence. Parties that arrive after the scheduled hearing time and date and/or are not present when the Hearing Authority addresses this case will be considered absent.

## HEARING INSTRUCTIONS

**Phone Conference:** Dial **1-844-992-4726** (U.S. Toll Free) or 1-408-418-9388 U.S. Toll). When prompted, enter the Meeting ID/Access Code: **129 515 5360**.

**Video Conference:** Go to **indy.webex.com**. In the "Enter Meeting Information" field, enter the Meeting ID: **129 515 5360**. If prompted, enter the meeting password: **nahearings**

Once you have successfully logged in and joined the WebEx meeting mute your phone/microphone until instructed to unmute. If you are unable to mute, please remain silent until prompted by the host. When ready, the host will ask your name and the address of the property that is scheduled for hearing. You will then be assigned a number. This is the number of the order in which your case will be heard.

**Please contact us at BNS.hearings@indy.gov or 317-327-4600 with any questions. Please be aware that we are not answering live phone calls, as we are primarily working remotely. If you call, please leave a detailed voicemail.**

## ENFORCEMENT & LIABILITY OF COST

If this Order is not complied with, and has been affirmed or modified by the Hearing Authority, IC 36-7-9 provides that a court may be requested to grant injunctive relief, impose a court ordered forfeiture, appoint a receiver, or require the work to be accomplished by a contractor under IC 36-7-9-10 in accordance with IC 36-9-11.

Pursuant to IC 36-9-7-12, when action required by this Order is performed by the Enforcement Authority or by a contractor acting under IC 36-7-9-9 or IC 36-7-9-11, any party that held a substantial interest from the time this Order was issued to the time that the work was completed, or, if emergency action was taken under IC 36-7-9-9, during the time of such emergency action, is jointly and severally responsible for the bid price of the work accomplished by the contractor and a processing fee of six hundred dollars ($600), which represents the average administrative and legal costs incurred in performing the required actions.

If any part of these costs remains unpaid for more than fifteen (15) days after the completion of the work, the Enforcement Authority may impose a judgement lean on the parcel in accordance with IC 36-7-9-13 on the property and/or seek to obtain a personal judgment for this amount.

## QUESTIONS/PREGUNTAS

All inquiries regarding property conditions and inspections should be directed to the Property Safety & Maintenance Inspector listed above. All other inquiries regarding this order, including civil penalties, extensions, and scheduling hearings should be directed to the Bureau of Nuisance Abatement:

City of Indianapolis-Department of Business and Neighborhood Services
Phone: 317-327-4600
Email: BNS.UnsafeBuildings@Indy.gov
Mail: 1200 S. Madison Ave., Suite 100, Indianapolis, IN 46225

Para información en Español acerca de esta carta, por favor contactenos al teléfono (317) 327-1437 o al a dirección de correo electrónico: BNS-Inspecciones@indy.gov. Haga referencia del número de caso DEM20-00141.

## <u>OTHER IMPORTANT INFORMATION</u>

**COMPLIANCE WITH THIS ORDER:** The party to whom this Order was issued and any party with a substantial property interest in the premises may schedule a compliance inspection at any time after compliance is achieved. The Order will be closed once compliance with this Order has been verified by the Enforcement Authority and the party to whom this Order was issued and any party with a substantial property interest in the premises may request review under IC 36-7-9-7 of any civil penalties imposed.

**EXPIRATION OF THIS ORDER:** Per IC 36-7-9-5, this order expires two (2) years from the day the notice of the order is given, unless one (1) or more qualifying events occurs within that two (2) year period. If compliance with this Order is not achieved before it expires, an inspection will be scheduled and a new Order may be issued under IC 36-7-9.

**LEGAL OWNERSHIP & SUBSTANTIAL PROPERTY INTEREST:** The party listed as the property owner of record with the Marion County Recorder's Office is considered the legal owner of the property, regardless of any conditional sale of property contracts or lease agreements. Substantial property interest is defined as any right in real property that may be affected in a substantial way by actions authorized by IC 36-7-9, including a fee interest, a life estate interest, a future interest, a mortgage interest, or an equitable interest of a contract purchaser.

**WRITTEN INFORMATION REQUIRED:** Under IC 36-7-9-27, it is unlawful to transfer or agree to transfer interest in a property to a party without fully informing the party of any outstanding Orders issued under IC 36-7-9. IC 36-7-9-27 also requires that the party which has been issued and has received notice of this Order to provide the Enforcement Authority with written copies of (i) the full name, address, and telephone number of the party taking or agreeing to take a substantial property interest in the property for which the Order was issued; and (ii) the legal instrument under which the transfer or agreement to transfer the substantial property interest is accomplished within five (5) days after transferring or agreeing to transfer a substantial property interest in the property. **Failure to comply with IC 36-7-9-27 may result liability for the amount of a judgement obtained against the Enforcement Authority and/or further action under IC 36-7-9-28.**

**PERMITS:** Many types of repair and demolition require a permit, additional notification, and approvals. When permits are required, they should be obtained PRIOR to the commencement of work. To find out if your repairs or demolition require a permit, additional notification, or approvals, please contact the **Permit Issuance Section of the Department of Business & Neighborhood Services at 317-327-8700 or** PermitQuestions@indy.gov .

STATE OF INDIANA
IN THE MARION SUPERIOR COURT

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE MARION SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF MARION | ) | CAUSE NO. 49D07-2207-PL-022429 |

BEST INN MIDWEST, LLC,                    )
                                                           )
          Plaintiff,                                )
                                                           )
     v.                                                 )
                                                           )
UNDERWRITERS AT LLOYD'S, LONDON,    )
                                                           )
          Defendant.                              )

## CERTIFICATE OF ISSUANCE OF SUMMONS

I hereby certify that a Summons with copies of the Complaint for Breach of

Insurance Policy, Declaratory Judgment, and Bad Faith, and E-Filing of

Appearance by Attorneys in this cause of action were served on the following

Defendant via Certified Mail:

> Underwriters and Lloyd's of London
> c/o Mendes & Mount
> 750 7th Avenue
> New York, NY 10019-6829
> Certified Mail – Return Receipt Requested
> **Tracking No. 7010 1870 0000 1367 5527**
> Date Mailed: July 6, 2022

Respectfully submitted,


 /s/ Brett E. Nelson
PLEWS SHADLEY RACHER & BRAUN LLP
Attorneys for Best Inn Midwest, LLC


Brett E. Nelson, Atty. No.: 22096-53
Yuning Tian, Atty. No.: 36984-53
PLEWS SHADLEY RACHER & BRAUN LLP
1346 North Delaware Street
Indianapolis, IN 46202-2415
Tel: (317) 637-0700
Fax: (317) 968-0976
bnelson@psrb.com
ytian@psrb.com

2

STATE OF INDIANA      )      IN THE MARION SUPERIOR COURT
                    ) SS:
COUNTY OF MARION     )      CAUSE NO. 49D07-2207-PL-022429

BEST INN MIDWEST, LLC,          )
                        )
          Plaintiff,      )
                        )
     v.               )
                        )
UNDERWRITERS AT LLOYD'S LONDON,   )
                        )
          Defendant.     )

## CERTIFICATE OF ISSUANCE OF SUMMONS

I hereby certify that a Summons with copies of the Complaint for Breach of Insurance

Policy, Declaratory Judgment, and Bad Faith, and E-Filing of Appearance by Attorneys in this

cause of action were served on the following Defendant via Preferred Process Servers, LLC:

> Underwriters and Lloyd's of London
> c/o Mendes & Mount
> 750 7th Avenue #24
> New York, NY 10019-6829
> Date Emailed to Process Server: July 18, 2022

Respectfully submitted,

 /s/ Brett E. Nelson
PLEWS SHADLEY RACHER & BRAUN LLP
Attorneys for Best Inn Midwest, LLC

Brett E. Nelson, Atty. No.: 22096-53, bnelson@psrb.com
Yuning Tian, Atty. No.: 36984-53, ytian@psrb.com
PLEWS SHADLEY RACHER & BRAUN LLP
1346 North Delaware Street
Indianapolis, IN 46202-2415
Tel: (317) 637-0700
Fax: (317) 968-0976

**IN THE MARION COUNTY SUPERIOR COURT**
**STATE OF INDIANA**

BEST INN MIDWEST, LLC,

Plaintiff,

v.

UNDERWRITERS AT LLOYDS, LONDON

Defendant.

Case No. 49D07-2207-PL-022429

<u>**E-FILING APPEARANCE BY ATTORNEY IN CIVIL CASE**</u>

**This Appearance Form must be filed on behalf of every party in a civil case.**

1.    The party on whose behalf this form is being filed is:

Initiating: ☐    Responding: ☒    Intervening: ☐

the undersigned attorney and all attorneys listed on this form now appear in this case for the following party: <u>Underwriters at Lloyds, London</u>

*(List on a continuation page additional parties this attorney represents in this case.)*

2.    Applicable attorney information for service as required by Trial Rule 5(B) (2):

| | | | |
|---|---|---|---|
| Name: | **Kandi Kilkelly Hidde** | Attorney No: | 18033-49 |
| | **FROST BROWN TODD LLC** | Phone: | (317) 237-3800 |
| Address: | **201 North Illinois St., Ste 1900** | FAX: | (317) 237-3900 |
| | **P.O. Box 44961** | Email: | khidde@fbtlaw.com |
| | **Indianapolis, IN 46244-0961** | | |

| | | | |
|---|---|---|---|
| Name: | **Dean R. Brackenridge** | Attorney No: | 18543-49 |
| | **FROST BROWN TODD LLC** | Phone: | (317) 237-3800 |
| Address: | **201 North Illinois St., Ste 1900** | FAX: | (317) 237-3900 |
| | **P.O. Box 44961** | | |
| | **Indianapolis, IN 46244-0961** | | |

Email:    dbrackenridge@fbtlaw.com

| | | | |
|---|---|---|---|
| Name: | **Katherine M. Slisz** | Attorney No: | 36317-49 |
| | **FROST BROWN TODD LLC** | Phone: | 317-237-3800 |
| Address: | **201 North Illinois St., Ste. 1900** | FAX: | 317-237-3900 |
| | **P.O. Box 44961** | Email: | kslisz@fbtlaw.com |
| | **Indianapolis, IN 46244-0961** | | |

**IMPORTANT**:  Each attorney specified on this appearance:
(a)      certifies that the contact information listed for him/her on the Indiana Supreme

Court Roll of Attorneys is current and accurate as of the date of this Appearance;

(b)   **acknowledges that all orders, opinions, and notices from the court in this matter that are served under Trial Rule 86(G) will be sent to the attorney at the email address(es) specified by the attorney on the Roll of Attorneys regardless of the contact information listed above for the attorney**; and

(c)   understands that he/she is solely responsible for keeping his/her Roll of Attorneys contact information current and accurate, see Ind. Admis. Disc. R. 2(A).

Attorneys can review and update their Roll of Attorneys contact information on the Courts Portal at http://portal.courts.in.gov.

3.   This is a <u>PL</u> case type as defined in administrative Rule 8(B)(3).

4.   This case involves child support issues. Yes ☐ No ☒ *(If yes, supply social security numbers for all family members on a separately attached document filed as confidential information on **light green paper**. Use Form TCM-TR3.1-4.)*

5.   This case involves a protection from abuse order, a workplace violence restraining order, or a no – contact order.  Yes ☐ No ☒   *(If Yes, the initiating party must provide an address for the purpose of legal service but that address should not be one that exposes the whereabouts of a petitioner.)*   The party shall use the following address for purposes of legal service:

This case involves a petition for involuntary commitment.  Yes ☐ No ☒

6.   If Yes above, provide the following regarding the individual subject to the petition for involuntary commitment:

7.   There are related cases: Yes ☐ No ☒ *(If yes, list on continuation page.)*

8.   Additional information required by local rule: <u>N/A</u>

9.   There are other party members: Yes ☐ No ☒ *(If yes, list on continuation page.)*

10. This form has been served on all other parties and Certificate of Service is attached:

Yes ☐ No ☐

FROST BROWN TODD LLC

By:  */s/ Kandi Kilkelly Hidde*  _____

2

Kandi Kilkelly Hidde, #18033-49
Dean R. Brackenridge, #18543-49
Katherine M. Slisz
201 N. Illinois St., Suite 1900
P.O. Box 44961
Indianapolis, IN  46244-0961
Telephone:     (317) 237-3800
Facsimile:     (317) 237-3900
Email:          khidde@fbtlaw.com
                dbracketridge@fbtlaw.com
                kslisz@fbtlaw.com

Attorneys for Underwriters at Lloyds,
London

## CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2022, a copy of the foregoing document was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Brett E. Nelson
Yuning Tian
Plews Shadley Racher & Braun LLP
1346 N. Delaware Street
Indianapolis, IN 46202-2415

*/s/ Kandi Kilkelly Hidde*
Kandi Kilkelly Hidde

0151367.0760240   4881-2765-3420v1

3

Filed: 8/3/2022 12:35 PM
Clerk
Marion County, Indiana

**IN THE MARION COUNTY SUPERIOR COURT
STATE OF INDIANA**

BEST INN MIDWEST, LLC,

        Plaintiff,

v.

UNDERWRITERS AT LLOYDS, LONDON

        Defendant.

Case No. 49D07-2207-PL-022429

## NOTICE OF AUTOMATIC ENLARGEMENT OF TIME

Defendant Underwriters at Lloyds, London, by counsel, pursuant to Indiana Trial Rule 6(B)(1) and Marion County LR49-TR5-203(D), provides notice of an automatic enlargement of time to respond to Plaintiff's Complaint. In support of this notice Defendant states:

1.      The undersigned attorneys were recently retained by Defendant Underwriters at Lloyds, London.

2.      Defendant was served on or about July 12, 2022, making Defendant's response due on or before August 4, 2022, which time has not yet expired.

3.      Pursuant to Indiana Trial Rule 6(B)(1) and Marion County LR49-TR5-203(D), Defendant provides notice of is automatic enlargement of time of thirty days from August 4, 2022, to and including September 5, 2022, to respond to Plaintiff's Complaint.

FROST BROWN TODD LLC

By: */s/ Kandi Kilkelly Hidde*

Kandi Kilkelly Hidde, #18033-49
Dean R. Brackenridge, #18543-49
Katherine M. Slisz
201 N. Illinois St., Suite 1900
P.O. Box 44961
Indianapolis, IN  46244-0961
Telephone:    (317) 237-3800
Facsimile:    (317) 237-3900
Email:        khidde@fbtlaw.com
              dbracketridge@fbtlaw.com
              kslisz@fbtlaw.com

Attorneys for Underwriters at Lloyds,
London

## CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2022, a copy of the foregoing document was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Brett E. Nelson
Yuning Tian
Plews Shadley Racher & Braun LLP
1346 N. Delaware Street
Indianapolis, IN 46202-2415

_/s/ Kandi Kilkelly Hidde_
Kandi Kilkelly Hidde

0151367.0760240   4868-2846-8268v1

2

**SUPERIOR COURT**
**STATE OF INDIANA, COUNTY OF MARION**
Attorney: PLEWS SHADLEY RACHER & BRAUN LLP
Address: 1346 N. DELAWARE STREET INDIANAPOLIS , IN 46202-2415

| | |
|---|---|
| BEST INN MIDWEST LLC | Index Number: 49D07-2207-PL-022429 |
| **vs** _Plaintiff_ | Client's File No.: best inn vs. underwriter |
| UNDERWRITERS AT LLOYD'S LONDON | Court Date: |
| _Defendant_ | Date Filed: |

STATE OF NEW YORK, COUNTY OF QUEENS, SS.:
JOHN L. HUDAK, being sworn says:

# AFFIDAVIT OF SERVICE

Deponent is not a party herein; is over the age of 18 years and resides in the State of New Jersey.

On 7/25/2022, at 11:44 AM at: C/O MENDES & MOUNT: 750 7TH AVENUE , NEW YORK , NY 10019 Deponent served the within ALIAS SUMMONS - COMPLAINT FOR BREACH OF INSURANCE POLICY, DECLARATORY JUDGMENT AND BAD FAITH - EXHIBIT A - C

On: UNDERWRITERS AT LLOYD'S LONDON , Defendant therein named.

☒ **#1 Corporation or Partnership or Trust or LLC or Non-Profit**
By delivering thereat a true copy of each to DAVID TANCONA personally. Deponent knew said corporation/partnership/trust/LLC/Non-Profit so served to be the corporation/partnership/trust/LLC/Non-Profit described in said aforementioned document as said defendant and knew said individual to be General Agent thereof.

☒ **#2 DESCRIPTION**

| | | | |
|---|---|---|---|
| Sex: Male | Color of skin: White | Color of hair: Brown | Glasses: |
| Age: 35 | Height: 5ft 9in - 6ft 0in | Weight: 161-200 Lbs. | Other Features: |

☐ **#3 WITNESS FEES**
Subpoena Fee Tendered in the amount of

☐ **#4 OTHER**

Sworn to before me on 07/26/2022

DGunzalez
**DIANNE GONZALEZ**
NOTARY PUBLIC, State of New York
No. 01GO6025821, Qualified in Queens County
Term Expires, August 3, 2023

JOHN L. HUDAK
DCA License # 1392295



_PREFERRED PROCESS SERVERS INC 166-06 24TH RD, LL, WHITESTONE, NY 11357 718-362-4890 LIC#2003142-DCA_