IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BEST INN MIDWEST, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>UNDERWRITERS AT LLOYD'S, LONDON,<br><br>    Defendant. | Case No.: 1:22-cv-01586-RLY-KMB |

**UNOPPOSED MOTION FOR EXTENSION OF CERTAIN DISCOVERY DEADLINES**

    Best Inn Midwest, LLC ("Best Inn") respectfully moves the Court for an extension of the following discovery deadlines. In support, Best Inn states:

    1.    Initial disclosures for both sides are due November 11, 2022. This date has not yet passed. Plaintiff is requesting a 10-day enlargement of time through and including November 21, 2022 to locate and assemble documents.

    2.    Plaintiff's preliminary witness and exhibit lists are currently due on November 18, 2022, which time has not passed. Plaintiff is requesting a 10-day enlargement to and including November 28, 2022.

    3.    Likewise, Defendant's preliminary witness and exhibit lists are currently due on November 25, 2022, which time has not passed. Plaintiff and Defendant are jointly requesting that deadline be continued through and including December 5, 2022.

    4.    On November 11, 2022, Plaintiff and Defendant agreed to the extension of these deadlines.

WHEREFORE, Plaintiff respectfully requests that the Court Grant their discovery deadlines as outlined above and enter the attached Order.

Respectfully submitted,

/s/ Brett E. Nelson
Brett E. Nelson, #22096-53
PLEWS SHADLEY RACHER & BRAUN LLP
1346 N. Delaware St.
Indianapolis, IN 46202
Tel: 317.637.0700
Fax: 317.968.0976
bnelson@psrb.com

*Counsel for Plaintiff, Best Inn Midwest, LLC*

### CERTIFICATE OF SERVICE

The foregoing was filed electronically on November 11, 2022. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the court's system.

| | |
|---|---|
| Kandi Hilkelly Hidde, #18033-49<br>Dean R. Brackenridge, #18543-49<br>Katherine M. Slisz, #36317-49<br>FROST BROWN TODD LLC<br>201 N. Illinois St., Ste. 1900<br>P.O. Box 44961<br>Indianapolis, IN 46244-0961<br>khidde@fbtlaw.com<br>dbrackenridge@fbtlaw.com<br>kslisz@fbtlaw.com<br><br>*Counsel for Defendant Underwriters at Lloyd's, London* | Akira Céspedes Pérez<br>Lindsey Davis<br>ZELLE LLP<br>500 Washington Ave. South, Ste. 4000<br>Minneapolis, MN 55415<br>acespedes@zellelaw.com<br>ldavis@zellelaw.com<br><br>*Counsel for Defendant Underwriters at Lloyd's, London* |

/s/ Brett E. Nelson
