IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BEST INN MIDWEST, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>UNDERWRITERS AT LLOYD'S, LONDON,<br><br>    Defendant. | Case No.: 1:22-cv-01586-RLY-KMB |

**ORDER GRANTING MOTION FOR EXTENSION OF
CERTAIN DISCOVERY DEADLINES**

This matter came before the Court on Plaintiff's Motion for Extension of Certain Discovery Deadlines, and this Court being duly advised in the premises, it is hereby,

ORDERDER, ADJUDGED AND DECREED that Plaintiff shall be given extensions on the following deadlines:

1. Initial disclosures for both sides are due November 21, 2022;

2. Plaintiff's preliminary witness and exhibit lists are due on November 25, 2022;

3. Defendants preliminary witness and exhibit lists are due on December 2, 2022.

Date:_____                  _____
                                              Kellie M. Barr
                                              United States Magistrate Judge
                                              Southern District of Indiana

Distribution to:
Service will be made electronically on
all ECF registered counsel of record
via email generated by the Court's ECF system