UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BEST INN MIDWEST, LLC, <br><br> Plaintiff, <br><br> v. <br><br> UNDERWRITERS AT LLOYD'S, LONDON, <br><br> Defendant. | CASE NO. 1:22-cv-01586-RLY-KMB |

**JOINT MOTION FOR EXTENSION OF
CERTAIN CASE MANAGEMENT PLAN DEADLINES AND
TO VACATE AND RESET JULY 17, 2023 SETTLEMENT CONFERENCE**

Pursuant to Federal Rule of Civil Procedure 6(b), Plaintiff Best Inn Midwest, LLC ("Best Inn") and Defendant Underwriters at Lloyd's, London ("Lloyd's") now jointly move the Court to extend certain deadlines set forth in the Case Management Plan filed September 15, 2022 ("CMP") [Dkt. 19] and to vacate and reset the July 17, 2023 settlement conference. In support, the parties state:

1.  Best Inn filed this action for insurance coverage against Lloyd's on July 5, 2022. [Dkt. 1-2 at 9.]

2.  Lloyd's removed the action to this Court on August 10, 2022. [Dkt. 1.]

3.  On September 15, 2022, the Court entered the CMP. [Dkt. 19.] The parties have timely served their Fed. R. Civ. P. 26 initial disclosures, filed preliminary witness and exhibit lists, and served Best Inn's statement of special damages and Lloyd's response thereto.

4.  The parties have also exchanged written discovery requests. Lloyd's served its First Set of Requests for Production of Documents and First Set of Interrogatories on January 6, 2023.

1

Best Inn served its written Responses and Objections to Lloyd's First Set of Requests for Production on February 13, 2023 and its Responses and Objections to Lloyd's First Set of Interrogatories on February 27, 2023. Best Inn produced responsive documents on February 13, March 6, and April 12, 2023.

5. Best Inn served its First Set of Requests for Production of Documents and First Set of Interrogatories to Lloyd's on March 9, 2023. Lloyd's served its written Responses to Best Inn's First Set of Requests for Production of Documents on March 27, 2023 and its Responses to Best Inn's First Set of Interrogatories on April 25, 2023. Lloyd's produced responsive documents on March 28, 2023.

6. Best Inn also served a Subpoena and Requests for Production of Documents to non-party Mid-America Catastrophe Services, LLC ("Mid-America") on April 12, 2023. Mid-America's response to the discovery is due May 17, 2023.

7. The parties have met-and-conferred on several occasions to discuss the status of production of certain documents. The parties continue those negotiations.

8. The parties have also discussed the depositions each party anticipates taking. The parties anticipate that a total of 6-8 depositions will be conducted and have begun coordinating dates for those depositions.

9. To allow the parties additional time to work through the remaining discovery issues and to schedule and conduct depositions, the parties believe good cause exists for a 60 day extension of the following CMP deadlines:

| Task | Current Deadline | Proposed Deadline |
| --- | --- | --- |
| Expert disclosures when used in connection with a motion for summary judgment | May 15, 2023 | July 14, 2023 |
| Non-expert witness discovery and discovery relating to liability issues | June 11, 2023 | August 10, 2023 |

| Statement of claims or defenses | June 18, 2023 | August 17, 2023 |
| --- | --- | --- |
| Dispositive motions | August 11, 2023 | October 10, 2023 |
| Best Inn's expert witness disclosure | August 11, 2023 | October 10, 2023 |
| Lloyd's expert witness disclosure | September 11, 2023 | November 10, 2023 |
| Motions to limit or preclude expert testimony | October 2, 2023 | December 1, 2023 |
| Final witness and exhibit lists | October 11, 2023 | December 11, 2023 |
| Expert witness discovery and discovery relating to damages | November 11, 2023 | January 10, 2023 |
| All remaining discovery | December 11, 2023 | February 9, 2023 |
| Trial | February 2024 | April 2024 |

10. The parties also request that the Court vacate the settlement conference currently set for July 17, 2023 and reset the settlement conference for a date convenient for the Court in September 2023. The parties believe that settlement discussions would benefit from the completion of non-expert witness and liability discovery.

11. All other terms of the CMP would remain unchanged.

12. This motion is made in good faith and not for purposes of delay.

WHEREFORE, Best Inn and Lloyd's jointly request that the Court amend the above CMP deadlines, and for all other just and proper relief.

Respectfully submitted,

| | |
| --- | --- |
| */s/ Joanne R. Sommers* | */s/ Lindsey Davis (w/ consent)* |
| *Attorneys for Best Inn Midwest, LLC* | *Attorneys for Underwriters at Lloyd's, London* |
| Brett E. Nelson, Atty. No. 22096-53 | Lindsey Davis (admitted pro hac vice) |
| Joanne R. Sommers, Atty. No. 32740-49 | Akira Céspedes Pérez (admitted pro hac vice) |
| Plews Shadley Racher & Braun LLP | Zelle LLP |
| 1346 North Delaware Street | 500 Washington Ave., South, Ste. 4000 |
| Indianapolis, Indiana 46202 | Minneapolis, MN 55415 |
| Tel: (317) 637-0700 | ldavis@zellelaw.com |
| Fax: (317) 663-1898 | acespedes@zellelaw.com |
| gplews@psrb.com | |
| jsommers@psrb.com | -and- |

Kandi Hilkelly Hidde, #18033-49
Dean R. Brackenridge, #18543-49
Katherine M. Slisz, #36317-49
Frost Brown Todd LLC
201 N. Illinois St., Ste. 1900
P.O. Box 44961
Indianapolis, IN 46244
khidde@fbtlaw.com
dbrackenridge@fbtlaw.com
kslisz@fbtlaw.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 12th day of May, 2023, a true and correct copy of the above and foregoing document was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*Attorneys for Underwriters at Lloyd's, London*

Lindsey Davis (admitted pro hac vice)
Akira Céspedes Pérez (admitted pro hac vice)
Zelle LLP
500 Washington Ave., South, Ste. 4000
Minneapolis, MN 55415
ldavis@zellelaw.com
acespedes@zellelaw.com

-and-

Kandi Hilkelly Hidde, #18033-49
Dean R. Brackenridge, #18543-49
Katherine M. Slisz, #36317-49
Frost Brown Todd LLC
201 N. Illinois St., Ste. 1900
P.O. Box 44961
Indianapolis, IN 46244
khidde@fbtlaw.com
dbrackenridge@fbtlaw.com
kslisz@fbtlaw.com

/s/ Joanne R. Sommers