UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BEST INN MIDWEST, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>UNDERWRITERS AT LLOYD'S, LONDON,<br><br>    Defendant. | CASE NO. 1:22-cv-01586-RLY-KMB |

**ORDER GRANTING JOINT MOTION FOR EXTENSION OF
CERTAIN CASE MANAGEMENT PLAN DEADLINES AND
TO VACATE AND RESET JULY 17, 2023 SETTLEMENT CONFERENCE**

This matter comes before the Court on Plaintiff Best Inn Midwest, LLC's ("Best Inn") and Defendant Underwriters at Lloyd's, London's ("Lloyd's") joint request to extend certain deadlines set forth in the Case Management Plan filed September 15, 2022 ("CMP") [Dkt. 19] and to vacate and reset the July 17, 2023 settlement conference [Dkt. 41].

The Court, having reviewed the matter, hereby GRANTS the parties' Joint Motion for Extension of Certain Case Management Plan Deadlines and to Vacate and Reset July 17, 2023 Settlement Conference. The new deadlines for case management are as follows:

| Task | Deadline |
|---|---|
| Expert disclosures when used in connection with a motion for summary judgment | July 14, 2023 |
| Non-expert witness discovery and discovery relating to liability issues | August 10, 2023 |
| Statement of claims or defenses | August 17, 2023 |
| Dispositive motions | October 10, 2023 |
| Best Inn's expert witness disclosure | October 10, 2023 |
| Lloyd's expert witness disclosure | November 10, 2023 |

1

2

| Motions to limit or preclude expert testimony | December 1, 2023 |
|---|---|
| Final witness and exhibit lists | December 11, 2023 |
| Expert witness discovery and discovery relating to damages | January 10, 2023 |
| All remaining discovery | February 9, 2023 |
| Trial | April 2024 |

The settlement conference previously set for July 17, 2023 is hereby VACATED and RESET to

_____ at _____ am/pm. All other terms of the

Court's CMP remain in effect.


Date:_____                      _____
                                                Kellie M. Barr
                                                United States Magistrate Judge
                                                Southern District of Indiana


Distribution to:
All counsel of record