UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BEST INN MIDWEST, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) No. 1:22-cv-01586-RLY-KMB |
| UNDERWRITERS AT LLOYD'S, LONDON, | ) ) ) |
| Defendant. | ) |

**ENTRY FROM TELEPHONIC STATUS CONFERENCE**

The Parties, by counsel, appeared for a telephonic status conference on June 12, 2023, with Magistrate Judge Kellie M. Barr. The Parties discussed the status of the case and readiness for a settlement conference, which will be set by separate order.

This case is set for a Telephonic Status Conference on **August 11, 2023, at 10:30 a.m. (Eastern),** before United States Magistrate Judge Kellie M. Barr. The Court will contact counsel through the Court's electronic filing system with the call-in information to be used to participate in the conference.

The Telephonic Status Conference previously scheduled for July 17, 2023, is **VACATED**.

Date: 6/15/2023

*Kellie M. Barr*
Kellie M. Barr
United States Magistrate Judge
Southern District of Indiana

Distribution:

Dean R. Brackenridge
Frost Brown Todd LLP
dbrackenridge@fbtlaw.com

Akira Cespedes Perez
Zelle LLP
acespedesperez@zellelaw.com

Lindsey Ann Davis
Zelle LLP
ldavis@zellelaw.com

Kandi Kilkelly Hidde
Frost Brown Todd LLP
khidde@fbtlaw.com

Brett E. Nelson
PLEWS SHADLEY RACHER & BRAUN LLP
bnelson@psrb.com

Katherine Mary Frances Slisz
Frost Brown Todd LLP
kslisz@fbtlaw.com

Joanne Rouse Sommers
PLEWS SHADLEY RACHER & BRAUN LLP
jsommers@psrb.com