UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| BEST INN MIDWEST, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:22-cv-01586-RLY-KMB |
| | ) | |
| | ) | |
| UNDERWRITERS AT LLOYD'S, LONDON, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter comes before the Court on Plaintiff Best Inn Midwest, LLC's ("Best Inn") unopposed request to extend certain deadlines set forth in the Case Management Plan.  [Dkt. 48.]

Being duly advised, the Court **GRANTS IN PART** the Motion, [dkt. 48], such that the case management deadlines set forth below are now in effect.  The Court is extending these deadlines given that Best Inn has new counsel on the case; however, the Court expects counsel to quickly get up to speed to meet these deadlines, and additional extensions should not be anticipated absent good cause.

Counsel should take care to review these deadlines, as they are not identical to what was requested:

| Task | Current Deadline | New Deadline |
|---|---|---|
| Expert disclosures when used in connection with a motion for summary judgment | July 14, 2023 | August 28, 2023 |
| Non-expert witness discovery and discovery relating to liability issues | August 10, 2023 | September 25, 2023 |
| Statement of claims or defenses | August 17, 2023 | October 2, 2023 |
| Settlement Conference with Magistrate Judge | | To be scheduled before dispositive motions deadline by separate order |
| Dispositive motions | October 10, 2023 | November 24, 2023 |

| | | |
|---|---|---|
| Best Inn's expert witness disclosure | October 10, 2023 | November 24, 2023 |
| Lloyd's expert witness disclosure | November 10, 2023 | December 26, 2023 |
| Motions to limit or preclude expert testimony at trial | December 1, 2023 | 120 days before trial |
| Final witness and exhibit lists | December 11, 2023 | January 25, 2024 |
| Expert witness discovery and discovery relating to damages | January 10, 2024 | February 23, 2024 |
| Trial | April 2024 | To be scheduled by District Judge at appropriate time in his discretion |

Date: 7/18/2023

*Kellie M. Barr*

Kellie M. Barr
United States Magistrate Judge
Southern District of Indiana

Distribution:

Dean R. Brackenridge
Frost Brown Todd LLP
dbrackenridge@fbtlaw.com

Akira Cespedes Perez
Zelle LLP
acespedesperez@zellelaw.com

Lindsey Ann Davis
Zelle LLP
ldavis@zellelaw.com

Kandi Kilkelly Hidde
Frost Brown Todd LLP
khidde@fbtlaw.com

Casey Scott McKay
MC Law, PLLC
casey@mclaw.io

Brett E. Nelson
PLEWS SHADLEY RACHER & BRAUN LLP
bnelson@psrb.com

Katherine Mary Frances Slisz
Frost Brown Todd LLP
kslisz@fbtlaw.com

Joanne Rouse Sommers
PLEWS SHADLEY RACHER & BRAUN LLP
jsommers@psrb.com