UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| BEST INN MIDWEST, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:22-cv-01586-RLY-KMB |
| | ) | |
| UNDERWRITERS AT LLOYD'S, LONDON, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER SETTING STATUS CONFERENCE

This case is set for a Telephonic Status Conference on **September 19, 2023, at 10:0 a.m. (Eastern),** before United States Magistrate Judge Kellie M. Barr. The Court will contact counsel through the Court's electronic filing system with the call-in information to be used to participate in the conference.

**So ORDERED.**

Date: 7/24/2023

*Kellie M. Barr*
Kellie M. Barr
United States Magistrate Judge
Southern District of Indiana


Distribution:

Dean R. Brackenridge
Frost Brown Todd LLP
dbrackenridge@fbtlaw.com

Akira Cespedes Perez
Zelle LLP
acespedesperez@zellelaw.com

Lindsey Ann Davis
Zelle LLP
ldavis@zellelaw.com

Kandi Kilkelly Hidde
Frost Brown Todd LLP
khidde@fbtlaw.com

Casey Scott McKay
MC Law, PLLC
casey@mclaw.io

Katherine Mary Frances Slisz
Frost Brown Todd LLP
kslisz@fbtlaw.com