IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BEST INN MIDWEST, LLC,<br><br>  Plaintiff,<br><br>v.<br><br>UNDERWRITERS AT LLOYD'S, LONDON,<br><br>  Defendant. | Case No.: 1:22-cv-01586-RLY-KMB<br><br>**DECLARATION OF LINDSEY DAVIS IN SUPPORT OF DEFENDANT'S EXPEDITED MOTION TO COMPEL** |

I, Lindsey Davis, hereby state as follows:

1. I am a partner with the law firm of Zelle LLP, counsel of record for Defendant Underwriters at Lloyd's, London in the above-captioned matter. I submit this declaration in support of Defendant's Expedited Motion to Compel. I have personal knowledge of, or otherwise have been provided information as to, the matters contained herein and believe them to be true to the best of my knowledge and recollection.

2. Joanne Sommers, Plaintiff's then counsel of record, and the undersigned counsel for Defendant discussed the scheduling of Defendant's Rule 30(b)(6) deposition of Plaintiff throughout May and June 2023.

3. Casey Scott McKay, Plaintiff's new counsel of record, and the undersigned counsel further discussed the scheduling of Defendant's Rule 30(b)(6) deposition of Plaintiff while in Phoenix for other depositions on August 29 and 20, 2023.

4. Attached as **Exhibit 1** is a true and correct copy of an email thread dated between April 19, 2023 and May 12, 2023 between Plaintiff's then counsel of record to the undersigned counsel.

5. Attached as **Exhibit 2** is a true and correct copy of an email thread dated September 21-25, 2023 between Casey Scott McKay, Plaintiff's new counsel of record, to the undersigned counsel regarding meet and confer.

6. Attached as **Exhibit 3** is a true and correct copy of an email dated July 11, 2023 from Plaintiff's new counsel of record to the undersigned counsel advising that he will be taking over the case from prior counsel.

7. Attached as **Exhibit 4** is a true and correct copy of an email dated July 17, 2023 from Plaintiff's new counsel of record to the undersigned counsel regarding deposition scheduling.

8. Attached as **Exhibit 5** is a true and correct copy of an email thread dated August 5-6, 2023 between Plaintiff's new counsel of record and the undersigned counsel regarding the scheduling of Defendant's Rule 30(b)(6) deposition of Plaintiff.

9. Attached as **Exhibit 6** is a true and correct copy of Defendant's Notice of Rule 30(b)(6) Deposition of Plaintiff.

10. Attached as **Exhibit 7** is a true and correct copy of an email thread dated September 13, 2023 between Plaintiff's new counsel of record and the undersigned counsel regarding location of Defendant's Rule 30(b)(6) Deposition of Plaintiff.

11. Attached as **Exhibit 8** is a true and correct copy of an email thread dated September 13-14, 2023 between Plaintiff's new counsel of record and the undersigned counsel regarding outstanding discovery.

12. Attached as **Exhibit 9** is a true and correct copy of Plaintiff Best Inn's Response and Objections to Defendant Lloyd's Notice of 30(B)(6) Deposition to Best Inn.

13. Attached as **Exhibit 10** is a true and correct copy of Plaintiff Best Inn's Notice of Deposition to Jarrod Foote and Subpoena.

14. Attached as **Exhibit 11** is a true and correct copy of an email thread dated September 18, 2023 between Plaintiff's new counsel of record and the undersigned counsel regarding meet and confer.

15. Attached as **Exhibit 12** is a true and correct copy of an email thread dated October 4-10, 2023 between Plaintiff's new counsel of record and the undersigned counsel regarding Defendant's Rule 30(b)(6) deposition of Plaintiff.

I declare under penalty of perjury that everything I have stated in this document is true and correct.

Dated: October 12, 2023

                                             s/*Lindsey Davis*
                                             Lindsey Davis