IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BEST INN MIDWEST, LLC, | |
|     Plaintiff, | Case No.: 1:22-cv-01586-RLY-KMB |
| v. | **DEFENDANT'S MOTION TO STRIKE** |
| UNDERWRITERS AT LLOYD'S, LONDON, | |
|     Defendant. | |

Defendant Underwriters at Lloyd's, London hereby moves the Court to strike the Declaration of Casey McKay in Support of Plaintiff's Motion to Compel Defendant Lloyd's to Appear for a Second Rule 30(b)(6) Deposition, ECF No. 67 (the "Declaration"), as untimely. Defendant states the following in support of its Motion:

    1.    In response to Plaintiff's request for assistance in resolving various discovery disputes, the Court set this case for a Telephonic Discovery Conference on October 4, 2023. ECF No. 58. Before the Discovery Conference, "the Parties submitted a Status Report detailing the seven discovery disputes at issue. . . . [At the Discovery Conference,] Counsel and the Court discussed each of the seven discovery disputes raised by the Parties. While no motions related to those disputes [we]re pending before the Court at th[e] time, the [Court] heard argument from counsel on each of the issues raised and indicated how she would rule on each dispute should a discovery motion be presented containing the same arguments." October 4, 2023 Entry and Order from Telephonic Discovery Conference (the "Order"), ECF No. 60 at p. 1 (emphasis added).

    2.    As relevant here, the Court indicated as follows:

> Best Inn's Second Rule 30(b)(6) Deposition of Underwriters – counsel for Best Inn can file the appropriate discovery motion with the Court should he need to do so,

1

> but any such motion must be filed **no later than October 11, 2023**. The undersigned encouraged counsel to continue to discuss this issue and find a path forward to get Best Inn the information it believes it needs on what sounds like a limited set of topics.

*Id.* (emphasis in original).

3. Plaintiff filed its Motion to Compel on the evening of Wednesday, October 11. ECF No. 61.

4. Plaintiff did not file the Declaration with its Motion to Compel. Plaintiff elected to wait to file the Declaration until the evening of Friday, October 13 – just three days before Defendant's response was due.

5. Under the Court's Order Setting Briefing Schedule, Defendant filed its response yesterday (within five days of the Motion to Compel being served). *See* ECF No. 62. Defendant will be prejudiced if Plaintiff's untimely filing and service of the Declaration is not stricken because Defendant did not have a reasonable period of time to review and respond to 21 paragraphs (spanning two pages) of allegations.

6. All evidence supporting Plaintiff's Motion to Compel should have been filed with its Motion. Plaintiff, however, failed to file and serve the Declaration within the time prescribed by the Court. Nor did Plaintiff seek leave for an enlargement of time. The Declaration should be struck as untimely. *See Slentz v. Emmis Operating Co.*, 2018 WL 705654, at *5 (S.D. Ind. Feb. 5, 2018) (granting motion to strike an untimely declaration).[1]

---

[1] Portions of the Declaration are also entirely unrelated to Plaintiff's Motion to Compel Defendant Lloyd's to Appear for a Second Rule 30(b)(6) Deposition. *See, e.g.,* ECF No. 67 ¶¶ 4-5 and 17 (discussing Defendant's Rule 30(b)(6) deposition of Plaintiff); 12 (discussing Plaintiff's September 18, 2023 service of additional written discovery on Defendant); 14-16 (discussing Plaintiff's attempted deposition of third-party Kathryn Columbia). While not relevant to Plaintiff's Motion to Compel, these portions of the Declaration may be relevant to Defendant's Expedited Motion to Compel, ECF. No. 63, and/or Plaintiff's Motion for Leave to Complete Three Late Discovery Requests, ECF. No. 68.

For these reasons, Defendant respectfully requests that the Court strike the Declaration of Casey McKay in Support of Plaintiff's Motion to Compel Defendant Lloyd's to Appear for a Second Rule 30(b)(6) Deposition, ECF No. 67.[2]

| | |
|---|---|
| Date: October 17, 2023 | s/ Lindsey Davis |
| | Lindsey Davis, *pro hac vice* |
| | Akira Céspedes Pérez, *pro hac vice* |
| | Zelle LLP |
| | 500 Washington Ave. South, Ste. 4000 |
| | Minneapolis, MN 55415 |
| | Tel: 612.339.2020 |
| | Fax: 612.336.9100 |
| | ldavis@zellelaw.com |
| | acespedesperez@zellelaw.com |
| | |
| | -and- |
| | |
| | Kandi Hilkelly Hidde, #18033-49 |
| | Dean R. Brackenridge, #18543-49 |
| | Katherine M. Slisz, #36317-49 |
| | FROST BROWN TODD LLC |
| | 201 N. Illinois St., Ste. 1900 |
| | P.O. Box 44961 |
| | Indianapolis, IN 46244-0961 |
| | Tel: 317.237.3800 |
| | Fax: 317.237.3900 |
| | khidde@fbtlaw.com |
| | dbrackenridge@fbtlaw.com |
| | kslisz@fbtlaw.com |
| | |
| | *Counsel for Defendant Underwriters at Lloyd's, London* |

---

[2] Defendant reserves the right to move for leave to file a surreply if the late-filed Declaration is stricken.