UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| BEST INN MIDWEST, LLC, ) | |
| ) | |
| Plaintiff ) | |
| v.                                          ) | CASE NO.:  1:22-cv-01586-RLY-KMB |
| ) | |
| UNDERWRITER'S AT LLOYD'S, ) | |
| LONDON, ) | |
| ) | |
| Defendant ) | |

**ORDER**

The Court, having reviewed Non-Party Ohio Security Insurance Company's Motion to Quash Subpoena, hereby GRANTS said Motion pursuant to Federal Rule of Civil Procedure 45(d). Best Inn Midwest, LLC's Subpoena to Non-Party Ohio Security Insurance Company is hereby QUASHED.

SO ORDERED this _____ day of _____, 2023.

_____
Kellie M. Barr
United States Magistrate Judge
Southern District of Indiana

234169\63315395-1